## EXHIBIT C

### Utility List

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Amerigas | 576 Fred Rogers Drive Latrobe, PA 15650 | Propane | 203257845/ltbsh4417 | $1,021.22 | $510.61 |
| Armstrong Group | 191 Evergreen Mill Road Harmony, PA 16037 | Telecommunications | 0215927-02 | $205.32 | $102.66 |
| Armstrong Group | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 0479737-01 | $124.92 | $62.46 |
| Armstrong Group | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 0481736-01 | $1,209.47 | $604.74 |
| Broadview Networks | 100 Tandem Village Rd Canonsburg, PA 15317 | Telecommunications | 1091 | $1,318.22 | $659.11 |
| Broadview Networks | 110 Fredonia Road Greenville, PA 16125 | Telecommunications | 215252334 | $435.64 | $217.82 |
| Broadview Networks | 191 Evergreen Mill Road Harmony, PA 16037 | Telecommunications | 215252335 | $386.75 | $193.38 |
| Broadview Networks | 4142 Monroeville Blvd Monroeville, PA 15146 | Telecommunications | 215252756 | $1,452.09 | $726.05 |
| Broadview Networks | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Telecommunications | 215253240 | $709.70 | $354.85 |
| Broadview Networks | 201 Village Drive Canonsburg, PA 15317 | Telecommunications | 215253242 | $949.68 | $474.84 |
| Broadview Networks | 3300 Logan Ferry Rd Murrysville, PA 15668 | Telecommunications | 215253243 | $349.42 | $174.71 |
| Broadview Networks | 576 Fred Rogers Drive Latrobe, PA 15650 | Telecommunications | 215253333 | $579.20 | $289.60 |
| Broadview Networks | 3876 Saxonburg Blvd Cheswick, PA 15024 | Telecommunications | 215253977 | $1,298.25 | $649.13 |
| Broadview Networks | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 215264794 | $407.47 | $203.74 |
| Broadview Networks | 249 Maus Drive Irwin, PA 15642 | Telecommunications | 215264795 | $323.91 | $161.96 |
| Broadview Networks | 715 Harbor Street New Castle, PA 16101 | Telecommunications | 215264797 | $487.72 | $243.86 |
| Columbia Gas of Pennsylvania | 249 Maus Drive Irwin, PA 15642 | Natural Gas | 00020573 000 000 3 | $485.76 | $242.88 |

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Columbia Gas of Pennsylvania | 715 Harbor Street New Castle, PA 16101 | Natural Gas | 00020574 000 000 1 | $2,208.02 | $1,104.01 |
| Columbia Gas of Pennsylvania | 1198 W. Wylie Avenue Washington, PA 15301 | Natural Gas | 00020575 000 000 9 | $888.00 | $444.00 |
| Columbia Gas of Pennsylvania | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Natural Gas | 20073542 001 000 2 | $2,914.46 | $1,457.23 |
| Comcast Business | 576 Fred Rogers Drive Latrobe, PA 15650 | Telecommunications | 8993204360010610 | $17.79 | $8.90 |
| Comcast Business | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 8993 21 128 0019527 | $202.17 | $101.09 |
| Comcast Business | 715 Harbor Street New Castle, PA 16101 | Telecommunications | 8993 21 129 0032809 | $202.91 | $101.46 |
| Comcast Business | 1198 W. Wylie Avenue Washington, PA 15301 | Telecommunications | 8993 21 271 0026157 | $131.16 | $65.58 |
| Comcast Business | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Telecommunications | 8993 21 299 0360482 | $199.89 | $99.95 |
| Constellation NewEnergy-Gas Division, LLC | 249 Maus Drive Irwin, PA 15642 | Natural Gas | BG-311718 | $85.86 | $42.93 |
| Constellation NewEnergy-Gas Division, LLC | 249 Maus Drive Irwin, PA 15642 | Natural Gas | BG-313932 | $858.59 | $429.30 |
| Constellation NewEnergy-Gas Division, LLC | 715 Harbor Street New Castle, PA 16101 | Natural Gas | BG-313932 | $352.33 | $176.17 |
| Constellation NewEnergy-Gas Division, LLC | 1198 W. Wylie Avenue Washington, PA 15301 | Natural Gas | BG-313934 | $517.17 | $258.59 |
| Constellation NewEnergy-Gas Division, LLC | 249 Maus Drive Irwin, PA 15642 | Natural Gas | BG-313934 | $42.03 | $21.02 |
| Cyntox LLC | 191 Evergreen Mill Road Harmony, PA 16037 | Waste Management (Medical) | 38788-53405 | $24.24 | $12.12 |

2

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Cyntox LLC | 576 Fred Rogers Drive Latrobe, PA 15650 | Waste Management (Medical) | 38791-53409 | $45.50 | $22.75 |
| Cyntox LLC | 715 Harbor Street New Castle, PA 16101 | Waste Management (Medical) | 38793-53411 | $12.96 | $6.48 |
| Cyntox LLC | 249 Maus Drive Irwin, PA 15642 | Waste Management (Medical) | 38794-53412 | $108.24 | $54.12 |
| Cyntox LLC | 1198 W. Wylie Avenue Washington, PA 15301 | Waste Management (Medical) | 38796-53414 | $20.75 | $10.38 |
| Cyntox LLC | 520 New Castle Street New Wilmington, PA 16142 | Waste Management (Medical) | 38799-53417 | $28.32 | $14.16 |
| Cyntox LLC | 110 Fredonia Road Greenville, PA 16125 | Waste Management (Medical) | 38800-53418 | $45.52 | $22.76 |
| Cyntox LLC | 3300 Logan Ferry Rd Murrysville, PA 15668 | Waste Management (Medical) | 41938-57954 | $134.44 | $67.22 |
| Cyntox LLC | 4142 Monroeville Blvd Monroeville, PA 15146 | Waste Management (Medical) | 41940-57957 | $133.60 | $66.80 |
| Cyntox LLC | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Waste Management (Medical) | 41941-57958 | $12.10 | $6.05 |
| Deer Creek | 3876 Saxonburg Blvd Cheswick, PA 15024 | Water / Sewage | 2531-12-L-25-23 | $1,551.37 | $775.69 |
| Direct Energy Business | 249 Maus Drive Irwin, PA 15642 | Natural Gas | 735677-78536 | $43.55 | $21.78 |
| DIRECTV (Ascentium) | 3876 Saxonburg Blvd Cheswick, PA 15024 | Cable | 040509781 | $787.91 | $393.96 |
| DIRECTV (Ascentium) | 520 New Castle Street New Wilmington, PA 16142 | Cable | 088318225 | $1,372.03 | $686.02 |
| DIRECTV (Ascentium) | 715 Harbor Street New Castle, PA 16101 | Cable | 088318287 | $969.03 | $484.52 |
| DIRECTV (Ascentium) | 1198 W. Wylie Avenue Washington, PA 15301 | Cable | 088318294 | $297.62 | $148.81 |
| DIRECTV (Ascentium) | 110 Fredonia Road Greenville, PA 16125 | Cable | 088320141 | $662.02 | $331.01 |
| DIRECTV (Ascentium) | 191 Evergreen Mill Road Harmony, PA 16037 | Cable | 088320208 | $33.30 | $16.65 |

3

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| DIRECTV (Ascentium) | 249 Maus Drive Irwin, PA 15642 | Cable | 088320235 | $1,368.91 | $684.46 |
| DIRECTV (Ascentium) | 4142 Monroeville Blvd Monroeville, PA 15146 | Cable | 088434889 | $637.08 | $318.54 |
| Duquesne Light Company | 4142 Monroeville Blvd Monroeville, PA 15146 | Electric | 7526-495-027 | $5,826.92 | $2,913.46 |
| Duquesne Light Company | 3876 Saxonburg Blvd Cheswick, PA 15024 | Electric | 8726-956-140 | $6,485.62 | $3,242.81 |
| Duquesne Light Company | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Electric | 9532-504-789 | $9,018.53 | $4,509.27 |
| DynaLink Communications | 191 Evergreen Mill Road Harmony, PA 16037 | Telecommunications | 6935 | $248.29 | $124.15 |
| DynaLink Communications | 249 Maus Drive Irwin, PA 15642 | Telecommunications | 6936 | $256.55 | $128.28 |
| DynaLink Communications | 1198 W. Wylie Avenue Washington, PA 15301 | Telecommunications | 6937 | $285.72 | $142.86 |
| DynaLink Communications | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 6939 | $302.17 | $151.09 |
| DynaLink Communications | 715 Harbor Street New Castle, PA 16101 | Telecommunications | 6940 | $273.94 | $136.97 |
| Evergreen Waste Corp. | 110 Fredonia Road Greenville, PA 16125 | Waste Management | n/a | $1,322.25 | $661.13 |
| Evergreen Waste Corp. | 1198 W. Wylie Avenue Washington, PA 15301 | Waste Management | n/a | $801.90 | $400.95 |
| Evergreen Waste Corp. | 191 Evergreen Mill Road Harmony, PA 16037 | Waste Management | n/a | $1,527.03 | $763.52 |
| Evergreen Waste Corp. | 201 Village Drive Canonsburg, PA 15317 | Waste Management | n/a | $1,363.12 | $681.56 |
| Evergreen Waste Corp. | 249 Maus Drive Irwin, PA 15642 | Waste Management | n/a | $1,374.00 | $687.00 |
| Evergreen Waste Corp. | 3300 Logan Ferry Rd Murrysville, PA 15668 | Waste Management | n/a | $1,266.71 | $633.36 |
| Evergreen Waste Corp. | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Waste Management | n/a | $1,552.80 | $776.40 |

4

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Evergreen Waste Corp. | 4142 Monroeville Blvd Monroeville, PA 15146 | Waste Management | n/a | $924.00 | $462.00 |
| Evergreen Waste Corp. | 520 New Castle Street New Wilmington, PA 16142 | Waste Management | n/a | $1,095.10 | $547.55 |
| Evergreen Waste Corp. | 715 Harbor Street New Castle, PA 16101 | Waste Management | n/a | $828.00 | $414.00 |
| Franklin Township Municipal Sanitary Authority | 3300 Logan Ferry Rd Murrysville, PA 15668 | Water / Sewage | 6283-0 | $4,035.89 | $2,017.95 |
| Greenville Water Authority | 110 Fredonia Road Greenville, PA 16125 | Water / Sewage | 1513-2 | $4,926.07 | $2,463.04 |
| Greenville Water Authority | 110 Fredonia Road Greenville, PA 16125 | Water / Fire | 99-2 | $146.10 | $73.05 |
| Harmony Borough Water Authority | 191 Evergreen Mill Road Harmony, PA 16037 | Water / Sewage | 00936001GH | $7,342.42 | $3,671.21 |
| Hempfield Township Municipal Authority | 110 Fredonia Road Greenville, PA 16125 | Water / Sewage | FREO-3092 | $1,753.18 | $876.59 |
| Kinetic Business by Windstream | 3300 Logan Ferry Rd Murrysville, PA 15668 | Telecommunications | 021783879 | $437.35 | $218.68 |
| Kinetic Business by Windstream | 3300 Logan Ferry Rd Murrysville, PA 15668 | Telecommunications | 021853723 | $62.40 | $31.20 |
| Mettel | 100 Tandem Village Rd Canonsburg, PA 15317 | Telecommunications | 0100527054 | $60.10 | $30.05 |
| Monroeville Municipal Authority | 4142 Monroeville Blvd Monroeville, PA 15146 | Water / Sewage | 6877-2 | $91.06 | $45.53 |
| Monroeville Municipal Authority | 4142 Monroeville Blvd Monroeville, PA 15146 | Water / Sewage | 9748-0 | $11,258.37 | $5,629.19 |
| Mt. Lebanon, PA | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Water / Sewage | 220017442031 | $6,013.50 | $3,006.75 |
| Mt. Lebanon, PA | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Water / Sewage | 220030901892 | $1.55 | $0.78 |
| Municipal Authority of Westmoreland County | 3300 Logan Ferry Rd Murrysville, PA 15668 | Water / Fire | 2700 | $77.57 | $38.79 |

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Municipal Authority of Westmoreland County | 3300 Logan Ferry Rd Murrysville, PA 15668 | Water / Sewage | G-355-028-00 | $3,347.44 | $1,673.72 |
| Municipal Authority of Westmoreland County | 249 Maus Drive Irwin, PA 15642 | Water / Sewage | J-355-105-10 | $3,583.98 | $1,791.99 |
| Municipal Authority of Westmoreland County | 249 Maus Drive Irwin, PA 15642 | Water / Fire | J-450-004-00 | $78.52 | $39.26 |
| National Fuel Gas | 110 Fredonia Road Greenville, PA 16125 | Natural Gas | 8128815 08 | $32.52 | $16.26 |
| National Fuel Gas | 110 Fredonia Road Greenville, PA 16125 | Natural Gas | 8139508 06 | $728.40 | $364.20 |
| New Castle Sanitation Authority | 715 Harbor Street New Castle, PA 16101 | Water / Sewage | 92400280821652-436 | $382.23 | $191.12 |
| New Castle Sanitation Authority | 715 Harbor Street New Castle, PA 16101 | Water / Sewage | 92400280821652-439 | $1,077.06 | $538.53 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage / Fire | 4534-0 | $34,831.10 | $17,415.55 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage / Waste Management | 4535-0 | $102.67 | $51.34 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage / Waste Management | 4536-0 | $426.75 | $213.38 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Water / Sewage | 4537-0 | $350.73 | $175.37 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage | 4538-0 | $219.51 | $109.76 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage | 4539-0 | $254.20 | $127.10 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage | 4540-0 | $342.60 | $171.30 |

6

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric / Water / Sewage | 4541-0 | $361.78 | $180.89 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4542-0 | $168.94 | $84.47 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4543-0 | $171.42 | $85.71 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4544-0 | $136.98 | $68.49 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4545-0 | $216.94 | $108.47 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4546-0 | $171.23 | $85.62 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4547-0 | $173.17 | $86.59 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4548-0 | $178.20 | $89.10 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4549-0 | $135.25 | $67.63 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4550-0 | $187.17 | $93.59 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4551-0 | $134.51 | $67.26 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4552-0 | $200.30 | $100.15 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4553-0 | $149.22 | $74.61 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4554-0 | $114.29 | $57.15 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4555-0 | $174.25 | $87.13 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4556-0 | $156.74 | $78.37 |
| New Wilmington Borough | 520 New Castle Street New Wilmington, PA 16142 | Electric | 4557-0 | $138.38 | $69.19 |

7

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| North Huntingdon Township Municipal Authority | 249 Maus Drive Irwin, PA 15642 | Water / Sewage | 004602-0 | $6,635.19 | $3,317.60 |
| North Strabane Township Municipal Authority | 201 Village Drive Canonsburg, PA 15317 | Water / Sewage | 13437-0 | $2,670.39 | $1,335.20 |
| North Strabane Township Municipal Authority | 100 Tandem Village Rd Canonsburg, PA 15317 | Water / Sewage | 13997-0 | $5,996.61 | $2,998.31 |
| Oakmont Water Authority | 3876 Saxonburg Blvd Cheswick, PA 15024 | Water / Sewage | 12L02523-0 | $1,485.34 | $742.67 |
| Penn Power | 715 Harbor Street New Castle, PA 16101 | Electric | 1101-18477022 | $3,800.48 | $1,900.24 |
| Penn Power | 110 Fredonia Road Greenville, PA 16125 | Electric | 1101-18478681 | $8,182.64 | $4,091.32 |
| Penn Power | 191 Evergreen Mill Road Harmony, PA 16037 | Electric | 1101-18662193 | $2,405.04 | $1,202.52 |
| Penn Power | 191 Evergreen Mill Road Harmony, PA 16037 | Electric | 1101-18665956 | $267.77 | $133.89 |
| Penn Power | 191 Evergreen Mill Road Harmony, PA 16037 | Electric | 1101-18666723 | $75.99 | $38.00 |
| Penn Power | 191 Evergreen Mill Road Harmony, PA 16037 | Electric | 1101-20878837 | $3,415.08 | $1,707.54 |
| Pennsylvania American Water | 715 Harbor Street New Castle, PA 16101 | Water / Sewage | 1024-210049124449 | $136.19 | $68.10 |
| Pennsylvania American Water | 1198 W. Wylie Avenue Washington, PA 15301 | Water / Sewage | 1024-220015164588 | $4,160.30 | $2,080.15 |
| Pennsylvania American Water | 715 Harbor Street New Castle, PA 16101 | Water / Sewage | 1024-220015164601 | $2,985.88 | $1,492.94 |
| Pennsylvania American Water | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Water / Sewage | 1024-220017442031 | $4,987.02 | $2,493.51 |
| Pennsylvania American Water | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Water / Sewage | 1024-220017442048 | $160.54 | $80.27 |

8

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Pennsylvania American Water | 201 Village Drive Canonsburg, PA 15317 | Water / Sewage | 1024-220017442062 | $2,866.16 | $1,433.08 |
| Pennsylvania American Water | 201 Village Drive Canonsburg, PA 15317 | Water / Fire | 1024-220017442086 | $148.28 | $74.14 |
| Pennsylvania American Water | 201 Village Drive Canonsburg, PA 15317 | Water / Sewage | 1024-220017442093 | $343.84 | $171.92 |
| Pennsylvania American Water | 100 Tandem Village Rd Canonsburg, PA 15317 | Water / Sewage | 1024-220020624211 | $6,237.57 | $3,118.79 |
| Peoples Gas | 3300 Logan Ferry Rd Murrysville, PA 15668 | Natural Gas | 200004297392 | $35.77 | $17.89 |
| Peoples Gas | 100 Tandem Village Rd Canonsburg, PA 15317 | Natural Gas | 200008187037 | $172.81 | $86.41 |
| Peoples Gas | 191 Evergreen Mill Road Harmony, PA 16037 | Natural Gas | 200013546920 | $133.81 | $66.91 |
| Peoples Gas | 3876 Saxonburg Blvd Cheswick, PA 15024 | Natural Gas | 200013882655 | $112.06 | $56.03 |
| Peoples Gas | 4142 Monroeville Blvd Monroeville, PA 15146 | Natural Gas | 200014275271 | $65.14 | $32.57 |
| Peoples Gas | 191 Evergreen Mill Road Harmony, PA 16037 | Natural Gas | 210003631996 | $2,396.06 | $1,198.03 |
| Peoples Gas | 520 New Castle Street New Wilmington, PA 16142 | Natural Gas | 210003632200 | $2,076.74 | $1,038.37 |
| Peoples Gas | 4142 Monroeville Blvd Monroeville, PA 15146 | Natural Gas | 210004131046 | $3,257.59 | $1,628.80 |
| Peoples Gas | 3300 Logan Ferry Rd Murrysville, PA 15668 | Natural Gas | 210004131202 | $1,483.18 | $741.59 |
| Peoples Gas | 201 Village Drive Canonsburg, PA 15317 | Natural Gas | 210004131210 | $2,581.36 | $1,290.68 |
| Peoples Gas | 520 New Castle Street New Wilmington, PA 16142 | Natural Gas | 210004166364 | $139.07 | $69.54 |
| Peoples Gas | 520 New Castle Street New Wilmington, PA 16142 | Natural Gas | 210004413261 | $136.48 | $68.24 |
| Peoples Gas | 3876 Saxonburg Blvd Cheswick, PA 15024 | Natural Gas | 210004832155 | $3,517.38 | $1,758.69 |

9

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Peoples Gas | 3876 Saxonburg Blvd Cheswick, PA 15024 | Natural Gas | 210004832171 | $146.83 | $73.42 |
| Peoples Gas | 520 New Castle Street New Wilmington, PA 16142 | Natural Gas | 210005499202 | $45.91 | $22.96 |
| Peoples Gas | 3876 Saxonburg Blvd Cheswick, PA 15024 | Natural Gas | 210006557438 | $162.74 | $81.37 |
| Peoples Gas | 249 Maus Drive Irwin, PA 15642 | Natural Gas | 210006685932 | $217.39 | $108.70 |
| Peoples Gas | 3300 Logan Ferry Rd Murrysville, PA 15668 | Natural Gas | 210007645919 | $111.63 | $55.82 |
| Peoples Gas | 3300 Logan Ferry Rd Murrysville, PA 15668 | Natural Gas | 210007674174 | $31.47 | $15.74 |
| Republic Services | 576 Fred Rogers Drive Latrobe, PA 15650 | Waste Management | 3-0674-0042573 | $1,668.67 | $834.34 |
| Retirement Home TV Corporation | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Cable | 45312 | $1,426.05 | $713.03 |
| Retirement Home TV Corporation | 201 Village Drive Canonsburg, PA 15317 | Cable | 001-6463600-001 | $1,124.57 | $562.29 |
| Retirement Home TV Corporation | 576 Fred Rogers Drive Latrobe, PA 15650 | Cable | 001-6552100-001 | $1,154.62 | $577.31 |
| Retirement Home TV Corporation | 191 Evergreen Mill Road Harmony, PA 16037 | Cable | 001-6563500-001 | $1,073.86 | $536.93 |
| Senior TV (A Sentrics Company) | 3300 Logan Ferry Rd Murrysville, PA 15668 | Cable | n/a | $975.70 | $487.85 |
| Senior TV (A Sentrics Company) | 3876 Saxonburg Blvd Cheswick, PA 15024 | Cable | n/a | $489.81 | $244.91 |
| Shank Waste Service, Inc. | 3876 Saxonburg Blvd Cheswick, PA 15024 | Waste Management | 80 0000905 2 | $1,500.77 | $750.39 |
| Snyder Brothers, Inc. | 110 Fredonia Road Greenville, PA 16125 | Natural Gas | 57617 | $1,518.52 | $759.26 |
| Snyder Brothers, Inc. | 191 Evergreen Mill Road Harmony, PA 16037 | Natural Gas | 57869 | $2,865.71 | $1,432.86 |
| Snyder Brothers, Inc. | 520 New Castle Street New Wilmington, PA 16142 | Natural Gas | 57869 | $203.49 | $101.75 |

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Spectrotel | 201 Village Drive Canonsburg, PA 15317 | Telecommunications | 423108 | $209.33 | $104.67 |
| Spectrotel | 576 Fred Rogers Drive Latrobe, PA 15650 | Telecommunications | 423110 | $221.89 | $110.95 |
| Spectrotel | 249 Maus Drive Irwin, PA 15642 | Telecommunications | 423114 | $214.06 | $107.03 |
| Spectrotel | 3876 Saxonburg Blvd Cheswick, PA 15024 | Telecommunications | 423136 | $209.49 | $104.75 |
| Spectrotel | 3300 Logan Ferry Rd Murrysville, PA 15668 | Telecommunications | 423137 | $198.80 | $99.40 |
| Spectrotel | 110 Fredonia Road Greenville, PA 16125 | Telecommunications | 423601 | $221.39 | $110.70 |
| Spectrotel | 4142 Monroeville Blvd Monroeville, PA 15146 | Telecommunications | 423628 | $198.24 | $99.12 |
| Spectrotel | 100 Tandem Village Rd Canonsburg, PA 15317 | Telecommunications | 424029 | $199.28 | $99.64 |
| Sprague Operating Resources LLC | 100 Tandem Village Rd Canonsburg, PA 15317 | Natural Gas | 72010409 | $184.40 | $92.20 |
| The Wilkinsburg-Penn Joint Water Authority | 4142 Monroeville Blvd Monroeville, PA 15146 | Water / Sewage | 1099736 | $61.54 | $30.77 |
| Time Warner Cable | 110 Fredonia Road Greenville, PA 16125 | Cable | 026486401 | $385.84 | $192.92 |
| UcomTel Inc (Empire) | 3876 Saxonburg Blvd Cheswick, PA 15024 | Telecommunications | 2273 | $777.63 | $388.82 |
| UcomTel Inc (Empire) | 350 Old Gilkeson Rd Mt Lebanon, PA 15228 | Telecommunications | 2625 | $35.60 | $17.80 |
| Unity Township Municipal Authority | 576 Fred Rogers Drive Latrobe, PA 15650 | Water / Sewage | 5010-1 | $4,100.25 | $2,050.13 |
| Verizon Wireless | 110 Fredonia Road Greenville, PA 16125 | Telecommunications | 423243343-00024 | $251.75 | $125.88 |
| Verizon Wireless | 191 Evergreen Mill Road Harmony, PA 16037 | Telecommunications | 423243343-00025 | $322.18 | $161.09 |
| Verizon Wireless | 249 Maus Drive Irwin, PA 15642 | Telecommunications | 423243343-00026 | $366.68 | $183.34 |

11

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| Verizon Wireless | 520 New Castle Street New Wilmington, PA 16142 | Telecommunications | 423243343-00027 | $579.73 | $289.87 |
| Verizon Wireless | 1198 W. Wylie Avenue Washington, PA 15301 | Telecommunications | 423243343-00028 | $228.86 | $114.43 |
| Verizon Wireless | 576 Fred Rogers Drive Latrobe, PA 15650 | Telecommunications | 423243343-00030 | $379.33 | $189.67 |
| Verizon Wireless | 715 Harbor Street New Castle, PA 16101 | Telecommunications | 423243343-00031 | $265.37 | $132.69 |
| W.B.C.A. | 191 Evergreen Mill Road Harmony, PA 16037 | Water / Sewage | 3035900 | $21.17 | $10.59 |
| W.B.C.A. | 191 Evergreen Mill Road Harmony, PA 16037 | Water / Sewage | 3036000 | $6,087.11 | $3,043.56 |
| W.B.C.A. | 191 Evergreen Mill Road Harmony, PA 16037 | Water / Sewage | 3036110 | $22.00 | $11.00 |
| Waste Wanted Solutions, LLC | 100 Tandem Village Rd Canonsburg, PA 15317 | Waste Management | n/a | $1,090.00 | $545.00 |
| West Penn Power | 249 Maus Drive Irwin, PA 15642 | Electric | 100 120 331 440 | $9,951.40 | $4,975.70 |
| West Penn Power | 1198 W. Wylie Avenue Washington, PA 15301 | Electric | 100 120 332 513 | $5,316.57 | $2,658.29 |
| West Penn Power | 201 Village Drive Canonsburg, PA 15317 | Electric | 100 122 828 179 | $5,588.52 | $2,794.26 |
| West Penn Power | 3300 Logan Ferry Rd Murrysville, PA 15668 | Electric | 100 122 847 526 | $6,940.53 | $3,470.27 |
| West Penn Power | 576 Fred Rogers Drive Latrobe, PA 15650 | Electric | 100 123 384 495 | $78.87 | $39.44 |
| West Penn Power | 576 Fred Rogers Drive Latrobe, PA 15650 | Electric | 100 123 388 389 | $5,703.81 | $2,851.91 |
| West Penn Power | 100 Tandem Village Rd Canonsburg, PA 15317 | Electric | 100 125 993 061 | $5,032.82 | $2,516.41 |
| West Penn Power | 100 Tandem Village Rd Canonsburg, PA 15317 | Electric | 100 127 861 738 | $33.75 | $16.88 |
| West Penn Power | 249 Maus Drive Irwin, PA 15642 | Electric | 100 129 255 053 | $130.42 | $65.21 |

| Utility Provider | Service Address | Service Provided | Account Number | Monthly Average | Adequate Assurance |
|---|---|---|---|---|---|
| West Penn Power | 3300 Logan Ferry Rd Murrysville, PA 15668 | Electric | 100 133 510 592 | $36.12 | $18.06 |
| West Penn Power | 3876 Saxonburg Blvd Cheswick, PA 15024 | Electric | 100 133 641 702 | $194.12 | $97.06 |
| West Penn Power | 249 Maus Drive Irwin, PA 15642 | Electric | 100 134 244 258 | $125.09 | $62.55 |
| West Penn Power | 3300 Logan Ferry Rd Murrysville, PA 15668 | Electric | 100 134 719 390 | $121.13 | $60.57 |
| West Penn Power | 3300 Logan Ferry Rd Murrysville, PA 15668 | Electric | 100 138 752 793 | $11.28 | $5.64 |
| West Penn Power | 576 Fred Rogers Drive Latrobe, PA 15650 | Electric | 100 143 611 158 | $150.53 | $75.27 |
| West Penn Power | 3876 Saxonburg Blvd Cheswick, PA 15024 | Electric | 100 145 559 900 | $82.22 | $41.11 |
| West Penn Power | 3300 Logan Ferry Rd Murrysville, PA 15668 | Electric | 100 151 951 991 | $93.44 | $46.72 |
| West Penn Power | 520 New Castle Street New Wilmington, PA 16142 | Electric | 110 121 460 072 | $91.53 | $45.77 |
| WEWJA (The Washington - East Washington Joint Authority) | 1198 W. Wylie Avenue Washington, PA 15301 | Water / Sewage | 1099.19900.2 | $2,740.60 | $1,370.30 |
| Wilmington Township Sewer Authority | 520 New Castle Street New Wilmington, PA 16142 | Water / Sewage | NW065 | $204.90 | $102.45 |
| Windstream Enterprise | 1198 W. Wylie Avenue Washington, PA 15301 | Telecommunications | 215264788 | $375.47 | $187.74 |
| Youngstown Borough Municipal Authority | 576 Fred Rogers Drive Latrobe, PA 15650 | Water / Sewage | 01-0170.00 | $2,371.03 | $1,185.52 |
| **Total** | | | | **$298,329.87** | **$149,165.40** |

13