**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Case No.: 24-21217-CMB** |
| **SOUTH HILLS OPERATIONS, LLC, *et al.*,[1]** | **Chapter 11**<br>*Joint Administration Requested* |
| **Debtors.** | **Doc. No.:** |
| **SOUTH HILLS OPERATIONS, LLC, *et al.*,** | **Related to Document No.:** |
| **Movant,** | **Hearing Date:** |
| **-vs -** | **Hearing Time:** |
| **NO RESPONDENTS.** | **Response Deadline:** |

## NOTICE OF DESIGNATION AS COMPLEX CASE

The debtors and debtors-in-possession (the "Debtors") in the above captioned chapter 11 case (the "Chapter 11 Cases") by and through their undersigned counsel, which cases were filed on the date hereof, hereby give notice of designation of the Chapter 11 Cases as Complex Chapter 11 Cases pursuant to W.PA.LBR 1002-4. The Debtors believe that these Chapter 11 Cases qualify as a Complex Chapter 11 Case pursuant to the Local Rules of the Court because:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

1. The Debtors have total prepetition debt of approximately $90 million, including more than $50 million in secured debt owed to CIBC Bank USA and at least $5.6 million in secured debt owed to the landlord under the terms of a Master Lease covering four skilled nursing facilities operated by the Debtors;

2. There are 22 Debtors with a total of more than 2,000 parties in interest, including more than 1,000 employees and more than 1,000 residents of the thirteen different skilled nursing facilities operated by the Debtors, each of which is located in Western Pennsylvania;

3. Further: (i) there is a substantial need for expedited hearings for consideration for case management and administrative orders and other "first day" motions; (ii) four of the Debtors lease their skilled nursing facilities pursuant to a single Master Lease entered February 1, 2017, and the lessor of these facilities is providing post-petition financing to support the operations of these four facilities; (iii) fourteen of the Debtors are jointly obligated on a loan made by CIBC Bank on August 15, 2016 secured by the assets of seven facilities; (iv) four of the Debtors are jointly obligated on a second loan made by CIBC Bank on September 15, 2017 secured by the assets of two more facilities, and (v) CIBC is providing DIP financing to the eighteen Debtors that are obligated on the prepetition loans made by CIBC.  Thus, the Debtors need approval of two separate DIP financing motions.

Dated  May 17, 2024
Pittsburgh, Pennsylvania

Respectfully submitted:

**WHITEFORD TAYLOR & PRESTON, LLP**

 /s/ Daniel R. Schimizzi
Daniel R. Schimizzi (PA ID No. 311869)
Michael J. Roeschenthaler (PA ID No. 87647)
Mark A. Lindsay (PA ID No. 89487)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-275-2401
Facsimile:  412-275-2404
Email: dschimizzi@whitefordlaw.com
mroeschenthaler@whitefordlaw.com
mlindsay@whitefordlaw.com
swenrich@whitefordlaw.com

*Proposed Local Counsel to the Debtors and
Debtors in Possession*

*-AND-*

Glenn B. Rose (*pro hac vice* pending)
Paul G. Jennings (*pro hac vice* pending)
Gene L. Humphreys (*pro hac vice* pending)
Jordan E. Thomas (*pro hac vice* pending)
Alfonso Cuen (*pro hac vice* pending)
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
grose@bassberry.com
pjennings@bassberry.com
ghumphreys@bassberry.com
jordan.thomas@bassberry.com
alfonso.cuen@bassberry.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

3