## **EXHIBIT C**

Bank Account List

# EXHIBIT C

**Bank Account List**
**As of: 05/15/24**

| Debtor | Bank Name | Account Number | Account Type | Zero-Balance Account (ZBA) | Current Balance |
|---|---|---|---|---|---|
| 100 Tandem Village Road Propco, LLC | CIBC Bank USA | x 3536 | Operating | | $ - |
| 3876 Saxonburg Boulevard Propco, LLC | CIBC Bank USA | x 3067 | Operating | | $ - |
| Cheswick Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 8343 | Clearing | | $ 818.99 |
| Cheswick Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 9343 | Government Receipts | ZBA | $ - |
| Cheswick Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 7853 | Operating | | $ 933,153.47 |
| Cheswick Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 8702 | Payroll | ZBA | $ - |
| Cheswick Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 4511 | Loss Reserve | | $ - |
| Cheswick Rehabilitation and Wellness Center, LLC | CitiBank USA | x 0168 | Resident Funds | | $ 165,927.99 |
| Maybrook-C Briarcliff Opco, LLC | CIBC Bank USA | x 6427 | Clearing | | $ 1.96 |
| Maybrook-C Briarcliff Opco, LLC | CIBC Bank USA | x 1152 | Government Receipts | ZBA | $ - |
| Maybrook-C Briarcliff Opco, LLC | CIBC Bank USA | x 5587 | Operating | | $ 50,515.90 |
| Maybrook-C Briarcliff Opco, LLC | CIBC Bank USA | x 8714 | Payroll | ZBA | $ - |
| Maybrook-C Briarcliff Opco, LLC | CitiBank USA | x 2142 | Resident Funds | | $ 80,836.31 |
| Maybrook-C Briarcliff Propco, LLC | CIBC Bank USA | x 4115 | Operating | | $ 184.51 |
| Maybrook-C Evergreen Opco, LLC | CIBC Bank USA | x 9417 | Clearing | | $ 938.14 |
| Maybrook-C Evergreen Opco, LLC | CIBC Bank USA | x 6337 | Government Receipts | ZBA | $ - |
| Maybrook-C Evergreen Opco, LLC | CIBC Bank USA | x 0637 | Operating | | $ 31,196.15 |
| Maybrook-C Evergreen Opco, LLC | CIBC Bank USA | x 2782 | Payroll | ZBA | $ - |
| Maybrook-C Evergreen Opco, LLC | CitiBank USA | x 2177 | Resident Funds | | $ 158,758.09 |
| Maybrook-C Evergreen Propco, LLC | CIBC Bank USA | x 0505 | Operating | | $ 59.41 |
| Maybrook-C Kade Opco, LLC | CIBC Bank USA | x 7690 | Clearing | | $ 796.39 |
| Maybrook-C Kade Opco, LLC | CIBC Bank USA | x 4788 | Government Receipts | ZBA | $ - |
| Maybrook-C Kade Opco, LLC | CIBC Bank USA | x 8639 | Operating | | $ 21,758.72 |
| Maybrook-C Kade Opco, LLC | CIBC Bank USA | x 6304 | Payroll | ZBA | $ - |
| Maybrook-C Kade Opco, LLC | CitiBank USA | x 2088 | Resident Funds | | $ 86,313.67 |
| Maybrook-C Kade Propco, LLC | CIBC Bank USA | x 8923 | CapEx | | $ 5.76 |
| Maybrook-C Kade Propco, LLC | CIBC Bank USA | x 4256 | Debt Service | | $ - |
| Maybrook-C Kade Propco, LLC | CIBC Bank USA | x 2937 | Operating | | $ 52.98 |
| Maybrook-C Kade Propco, LLC | CIBC Bank USA | x 7874 | operating | | $ - |
| Maybrook-C Latrobe Opco, LLC | CIBC Bank USA | x 3971 | Government Receipts | ZBA | $ - |
| Maybrook-C Latrobe Opco, LLC | CIBC Bank USA | x 0431 | Operating | | $ (1,468.34) |
| Maybrook-C Latrobe Opco, LLC | CIBC Bank USA | x 2163 | Payroll | ZBA | $ - |
| Maybrook-C Latrobe Opco, LLC | CIBC Bank USA | x 5616 | Clearing | | $ 211.55 |
| Maybrook-C Latrobe Opco, LLC | Citizens Bank USA | x 5592 | Resident Funds | | $ 163,795.94 |
| Maybrook-C Latrobe Propco, LLC | CIBC Bank USA | x 7567 | Operating | | $ 258.91 |
| Maybrook-C Overlook Opco, LLC | CIBC Bank USA | x 4145 | Clearing | | $ - |
| Maybrook-C Overlook Opco, LLC | CIBC Bank USA | x 2790 | Government Receipts | ZBA | $ - |
| Maybrook-C Overlook Opco, LLC | CIBC Bank USA | x 4016 | Operating | | $ 118,257.43 |
| Maybrook-C Overlook Opco, LLC | CIBC Bank USA | x 1554 | Payroll | ZBA | $ - |
| Maybrook-C Overlook Opco, LLC | CitiBank USA | x 2207 | Resident Funds | | $ 53,349.67 |
| Maybrook-C Overlook Propco, LLC | CIBC Bank USA | x 6288 | Operating | | $ 364.43 |
| Maybrook-C Silver Oaks Opco, LLC | CIBC Bank USA | x 7054 | Clearing | | $ 2,969.20 |
| Maybrook-C Silver Oaks Opco, LLC | CIBC Bank USA | x 3343 | Government Receipts | ZBA | $ - |
| Maybrook-C Silver Oaks Opco, LLC | CIBC Bank USA | x 6846 | Operating | | $ 45,107.72 |
| Maybrook-C Silver Oaks Opco, LLC | CIBC Bank USA | x 4382 | Payroll | ZBA | $ - |
| Maybrook-C Silver Oaks Opco, LLC | CitiBank USA | x 2118 | Resident Funds | | $ 29,744.57 |
| Maybrook-C Silver Oaks Propco, LLC | CIBC Bank USA | x 2594 | Operating | | $ 60.94 |
| Maybrook-C Whitecliff Opco, LLC | CIBC Bank USA | x 5712 | Clearing | | $ - |
| Maybrook-C Whitecliff Opco, LLC | CIBC Bank USA | x 4459 | Government Receipts | ZBA | $ - |
| Maybrook-C Whitecliff Opco, LLC | CIBC Bank USA | x 2241 | Operating | | $ 27,442.29 |
| Maybrook-C Whitecliff Opco, LLC | CIBC Bank USA | x 8496 | Payroll | ZBA | $ - |
| Maybrook-C Whitecliff Opco, LLC | CitiBank USA | x 2053 | Resident Funds | | $ 118,130.46 |
| Maybrook-C Whitecliff Propco, LLC | CIBC Bank USA | x 6705 | Operating | | $ 182.10 |
| Monroeville Operations, LLC | CIBC Bank USA | x 3143 | Commercial Receipts | ZBA | $ - |
| Monroeville Operations, LLC | CIBC Bank USA | x 7722 | Government Receipts | ZBA | $ - |
| Monroeville Operations, LLC | CIBC Bank USA | x 5509 | Operating | | $ 39,064.30 |
| Monroeville Operations, LLC | CIBC Bank USA | x 8762 | Payroll | ZBA | $ - |
| Monroeville Operations, LLC | CIBC Bank USA | x 8655 | Clearing | | $ - |
| Monroeville Operations, LLC | Citizens Bank USA | x 5533 | Resident Funds | | $ 150,066.63 |
| Mt Lebanon Operations, LLC | CIBC Bank USA | x 0230 | Clearing | | $ - |
| Mt Lebanon Operations, LLC | CIBC Bank USA | x 0103 | Commercial Receipts | ZBA | $ - |
| Mt Lebanon Operations, LLC | CIBC Bank USA | x 9972 | Government Receipts | ZBA | $ - |
| Mt Lebanon Operations, LLC | CIBC Bank USA | x 9280 | Operating | | $ 26,371.60 |
| Mt Lebanon Operations, LLC | CIBC Bank USA | x 6399 | Payroll | ZBA | $ - |
| Mt Lebanon Operations, LLC | Citizens Bank USA | x 5541 | Resident Funds | | $ 96,990.09 |
| Murrysville Operations, LLC | CIBC Bank USA | x 5991 | Commercial Receipts | ZBA | $ - |
| Murrysville Operations, LLC | CIBC Bank USA | x 1217 | Government Receipts | ZBA | $ - |
| Murrysville Operations, LLC | CIBC Bank USA | x 2879 | Operating | | $ 227,639.22 |
| Murrysville Operations, LLC | CIBC Bank USA | x 1232 | Payroll | ZBA | $ - |
| Murrysville Operations, LLC | CIBC Bank USA | x 6630 | Clearing | | $ - |
| Murrysville Operations, LLC | Citizens Bank USA | x 5568 | Resident Funds | | $ 176,012.59 |
| North Strabane Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 4984 | CapEx | | $ - |
| North Strabane Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 7299 | Clearing | | $ 2,218.83 |
| North Strabane Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 9185 | Government Receipts | ZBA | $ - |
| North Strabane Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 2829 | Operating | | $ 191,901.76 |
| North Strabane Rehabilitation and Wellness Center, LLC | CIBC Bank USA | x 1431 | Payroll | ZBA | $ - |
| North Strabane Rehabilitation and Wellness Center, LLC | CitiBank USA | x 0133 | Resident Funds | | $ 54,760.20 |
| South Hills Operations, LLC | CIBC Bank USA | x 4573 | Commercial Receipts | ZBA | $ - |
| South Hills Operations, LLC | CIBC Bank USA | x 4173 | Government Receipts | ZBA | $ - |
| South Hills Operations, LLC | CIBC Bank USA | x 6866 | Operating | | $ 130,557.11 |
| South Hills Operations, LLC | CIBC Bank USA | x 9662 | Payroll | ZBA | $ - |
| South Hills Operations, LLC | CIBC Bank USA | x 5962 | Clearing | | $ - |
| South Hills Operations, LLC | Citizens Bank USA | x 5525 | Resident Funds | | $ 87,675.63 |