# **EXHIBIT D**

Cash Management Schematic

**Cash Management Schematic (Page 1 Of 4)**



**Cash Flow Schematic (Page 2 of 4)**

## The Groves Facility Group



**Cash Flow Schematic (Page 3 of 4)**

## The Groves Facility Group (Cont.)



**Cash Flow Schematic (Page 4 of 4)**

## Consulate Facility Group

