# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Case No.: 24-21217** |
| **SOUTH HILLS OPERATIONS, LLC, *et al.,*[1]** | **Chapter 11** *Joint Administration Requested* |
| **Debtors.** | **Doc. No.:** |
| **SOUTH HILLS OPERATIONS, LLC, *et al.,*** | **Related to Document No.:** |
| **Movant,** | **Hearing Date:** |
| **-vs -** | **Hearing Time:** |
| **NO RESPONDENTS.** | **Response Deadline:** |

**ORDER: (I) EXTENDING THE TIME TO FILE SCHEDULES, STATEMENTS, AND CREDITOR LISTS AND MATRICES; (II) AUTHORIZING CONSOLIDATED CREDITOR LISTS AND MATRIX; (III) AUTHORIZING CERTAIN PROCEDURES TO MAINTAIN THE CONFIDENTIALITY OF PATIENT INFORMATION AS REQUIRED BY PRIVACY RULES AND ESTABLISHING PATIENT NOTICE PROCEDURES; AND, (IV) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF COMMENCEMENT OF THESE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above captioned debtors and debtors in possession

(collectively, the "Debtors") for entry of an interim order (this "Order"): (i) extending the deadline

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

[2]Capitalized terms used but not defined herein are defined in the Motion.

by which the Debtors must file their schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements") by thirty (30) days, for a total of 44 days from the Petition Date, without prejudice to the Debtors' ability to request additional extensions; (ii) extending the deadline by which by which the Debtors must file their creditor lists and matrices (the "Creditor Matrix") by two (2) business days from the Petition Date, (iii) authorizing the Debtors to file a consolidated Creditor Matrix and list of the 30 largest general unsecured creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, (iv) authorizing certain procedures to maintain the confidentiality of patient information as required by privacy rules and establishing patient notice procedures; (v) authorizing the Debtors to redact certain personal identification information for individual creditors; and (vi) approving the form and manner of notifying creditors of the commencement of these Chapter 11 Cases, all as more fully set forth in the Motion, and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The time within which the Debtors must file the Schedules and Statements is extended for an additional 30 days (for a total of 44 days after the Petition Date), without prejudice to the Debtors' rights to seek additional extensions.

3.      The time within which the Debtors must file the Creditor Matrix is extended for an additional two (2) business days.

4.      The Debtors are authorized to file a single consolidated Creditor Matrix for all of the Chapter 11 Cases.

5.      The Debtors are authorized to file a consolidated Top 30 List.

6.      The following procedures are established to protect patient health information:

    a.  the Debtors shall omit any reference to current or former residents from the matrix of creditors and any certificate of service;

    b.  the Debtors shall identify current or former residents in the Schedules and Statements solely by a code number, such as "Resident 1," "Resident 2," and so forth, and shall make an unredacted copy of the Schedules and Statements available to (a) the Court and to the U.S. Trustee upon request; and (b) any other party-in-interest only after this Court has entered an order, after notice and a hearing, authorizing the Debtors or the Proposed Claims and Noticing Agent to do so;

    c.  the Debtors or the Proposed Claims and Noticing Agent shall maintain a list of all current or former residents (the "Resident List") that appear on the matrix of creditors, and shall make the Resident List, or any portion thereof, available to any party-in-interest only after this Court has entered an order, after notice and a hearing, authorizing the Debtors or the Proposed Claims and Noticing Agent to do so; and

    d.  when the Debtors or the Proposed Claims and Noticing Agent serve any paper upon any person listed on the Resident List, the Debtors or the Proposed Claims and Noticing Agent shall note in the respective certificate of service that the parties served include persons listed on the Resident List.

7.      The Debtors shall serve notice of the Chapter 11 Cases on all current and former residents (and their counsel, if known) known to hold an actual claim against the Debtors as soon as practicable following the entry of this order. Subject to paragraph 19(c) of the *Order Establishing Certain Notice, Case Management, and Administrative Procedures as Well as Granting Related Relief* (Doc. No. _____) no other filings shall be served on current and former residents, except for residents that (i) are listed in the Schedules of the Debtors, (ii) file a proof of

3

claim, or (iii) file a notice of appearance shall be served in accordance with the Bankruptcy Code and Bankruptcy Rules or as otherwise ordered by this Court.

8.      The Debtors are authorized to redact address information of individual creditors listed on the Creditor Matrix and other documents that the Debtors file in these cases; *provided*, *however*, that the Debtors shall file an unredacted version of the Creditor Matrix under seal with the Clerk's office; and *provided further* that the Debtors shall provide unredacted versions of the Creditor Matrix to the Bankruptcy Court, the U.S. Trustee, any official committees appointed in these Chapter 11 Cases, and any subsequently appointed trustee.  Any service by the Debtors or any official committee on the Debtors' employees and other individual creditors (including but not limited to service of the bar date notice), shall be made to their residential addresses. Any party filing a motion may request the Proposed Claims and Noticing Agent to serve those creditors and parties-in-interest whose addresses are not included in the publicly filed Creditor Matrix.

9.      The Notice of Commencement of these Chapter 11 Cases, substantially in the form attached to this Order as **Exhibit 1**, is hereby approved.

10.     The Proposed Claims and Noticing Agent is authorized and directed to serve the Commencement Notice, with such revisions as agreed to by the Clerk, within five business days after the Debtors receive written notice of the time and place of the Section 341 Meeting. The Proposed Claims and Noticing Agent will serve the Commencement Notice by regular mail, postage prepaid, on those entities entitled to receive the Commencement Notice pursuant to Bankruptcy Rule 2002. Service of the Commencement Notice in accordance with this paragraph is approved in all respects and is deemed sufficient notice of the commencement of the Chapter 11 Cases and Section 341 Meeting under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

11. The Proposed Claims and Noticing Agent is authorized and directed, pursuant to Federal Rule of Bankruptcy Procedure 2002(l), to cause the Commencement Notice to be published (i) once in the Pittsburgh Post-Gazette, Butler Eagle, New Castle News, The Herald, Observer-Reporter, and the Trib Live, and (ii) on the website to be established by the Proposed Claims and Noticing Agent.

12. The Debtors, with the assistance of the Proposed Claims and Noticing Agent (upon the Bankruptcy Court's approval of the Debtors' retention of the Proposed Claims and Noticing Agent), are authorized, but not directed, to undertake all mailings directed by the Bankruptcy Court, the U.S. Trustee, or as required by the Bankruptcy Code including the Notice of Commencement of these Chapter 11 Cases, and any other correspondence that the Debtors may wish to send to creditors.

13. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

14. The Debtors are authorized to take, or cause to be taken, all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

15. The requirement of Bankruptcy Rule 6004(a) is waived.

16. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

17. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

[*The remainder of this page is intentionally left blank.*]

5

Prepared by:
Daniel R. Schimizzi, Proposed Local Counsel to the Debtors

BY THE COURT:

Date: _____, 2024
    Pittsburgh, PA                                 _____
                                            Hon. Carlota M. Bohm
                                            United States Bankruptcy Court

## <u>EXHIBIT 1</u>

**Commencement Notice**

| Information to identify the case: | | |
|---|---|---|
| **Debtor** | **Case Number** | **Last 4 of EIN** |
| South Hills Operations, LLC | 24-21217-CMB | 5527 |
| Monroeville Operations, LLC | 24-21222-CMB | 3280 |
| Mt. Lebanon Operations, LLC | 24-21225-CMB | 1133 |
| Murrysville Operations, LLC | 24-21230-CMB | 9149 |
| Cheswick Rehabilitation and Wellness Center, LLC | 24-21232-CMB | 9561 |
| 3876 Saxonburg Boulevard Propco, LLC | 24-21226-CMB | 3618 |
| North Strabane Rehabilitation and Wellness Center, LLC | 24-21235-CMB | 1667 |
| 100 Tandem Village Road Propco, LLC | 24-21220-CMB | 1918 |
| Maybrook-C Briarcliff Opco, LLC | 24-21218-CMB | 5187 |
| Maybrook-C Briarcliff Propco, LLC | 24-21219-CMB | 1823 |
| Maybrook-C Evergreen Opco, LLC | 24-21221-CMB | 5388 |
| Maybrook-C Evergreen Propco, LLC | 24-21223-CMB | 2000 |
| Maybrook-C Kade Opco, LLC | 24-21227-CMB | 4033 |
| Maybrook-C Kade Propco, LLC | 24-21229-CMB | 2097 |
| Maybrook-C Latrobe Opco, LLC | 24-21224-CMB | 4148 |
| Maybrook-C Latrobe Propco, LLC | 24-21228-CMB | 2178 |
| Maybrook-C Overlook Opco, LLC | 24-21234-CMB | 7081 |
| Maybrook-C Overlook Propco, LLC | 24-21236-CMB | 6804 |
| Maybrook-C Silver Oaks Opco, LLC | 24-21237-CMB | 7146 |
| Maybrook-C Silver Oaks Propco, LLC | 24-21238-CMB | 9654 |
| Maybrook-C Whitecliff Opco, LLC | 24-10271-CMB | 6211 |
| Maybrook-C Whitecliff Propco, LLC | 24-10272-CMB | 4835 |

Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                      **12/17**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by Claims and Noticing Agent Omni Agent Solutions, Inc. for these Chapter 11 Cases at https://omniagentsolutions.com/SouthHills , at the bankruptcy clerk's office at the address listed below, or

through PACER (Public Access to Court Electronic Records at www.pacer.gov).  Telephonic inquiries may be directed to 866-989-6144 (for U.S. & Canada calls) and 747-288-6439  (for calls originating outside of the U.S.).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in this case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | South Hills Operations, LLC<br>Monroeville Operations, LLC<br>Mt. Lebanon Operations, LLC<br>Murrysville Operations, LLC<br>Cheswick Rehabilitation and Wellness Center, LLC<br>3876 Saxonburg Boulevard Propco, LLC<br>North Strabane Rehabilitation and Wellness Center, LLC<br>100 Tandem Village Road Propco, LLC<br>Maybrook-C Briarcliff Opco, LLC<br>Maybrook-C Briarcliff Propco, LLC<br>Maybrook-C Evergreen Opco, LLC<br>Maybrook-C Evergreen Propco, LLC<br>Maybrook-C Kade Opco, LLC<br>Maybrook-C Kade Propco, LLC<br>Maybrook-C Latrobe Opco, LLC<br>Maybrook-C Latrobe Propco, LLC<br>Maybrook-C Overlook Opco, LLC<br>Maybrook-C Overlook Propco, LLC<br>Maybrook-C Silver Oaks Opco, LLC<br>Maybrook-C Silver Oaks Propco, LLC<br>Maybrook-C Whitecliff Opco, LLC<br>Maybrook-C Whitecliff Propco, LLC |
| 2. | **All other names used in the last 8 years** | South Hills Rehabilitation and Wellness Center; Monroeville Rehabilitation and Wellness Center, Mt. Lebanon Rehabilitation and Wellness Center; Cheswick Rehabilitation and Wellness Center; North Strabane Rehabilitation and Wellness Center; The Grove at North Huntingdon; The Grove at Irwin; The Grove at Harmony; The Grove at Washington; The Grove at Latrobe; The Grove at New Wilmington; The Grove at New Castle; The Grove at Greenville |
| 3. | **Address** | 485 Lexington Avenue, 10th Floor, New York, NY 10017 |
| 4. | **Debtors' Attorney** | WHITEFORD, TAYLOR & PRESTON, LLP<br>Daniel R. Schimizzi (PA I.D. No. 311869)<br>11 Stanwix Street, Suite 1400<br>Pittsburgh, PA 15222<br>t: 412-618-5600<br>f: 412-275-2401<br>Email:  dschimizzi@whitefordlaw.com |

*(continued)* BASS, BERRY & SIMS PLC
Glenn B. Rose (admitted *pro hac vice*)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
grose@bassberry.com

| | | |
|---|---|---|
| 5. | **Debtors' Claims and Noticing Agent** | Omni Agent Solutions, Inc.<br>Hotline:  866-989-6144  (U.S. & Canada)<br>          747-288-6439 (International)<br><br>Email:  SouthHillsInquiries@OmniAgnt.com<br>Case Website: https://omniagentsolutions.com/SouthHills<br><br>**Claim Processing Address Information:**<br>A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at  https://omniagentsolutions.com/SouthHills. Completed proofs of claim may be submitted to Omni Agent Solutions, Inc. as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br>South Hills Operations, LLC. Claims Processing<br>c/o Omni Agent Solutions, Inc<br>5955 De Soto Ave., Suite 100<br>Woodland Hills, CA 91367<br><br>**If by Hand Delivery or Overnight Mail:**<br>South Hills Operations, LLC. Claims Processing<br>c/o Omni Agent Solutions, Inc<br>5955 De Soto Ave., Suite 100<br>Woodland Hills, CA 91367<br>**Or you may file your claim electronically on the case website at** https://omniagentsolutions.com/SouthHills**.** |
| 6. | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **541 U.S. Steel Tower**          Hours Open:  Monday to Friday 9:00 AM to 4:30 PM (EST)<br>**600 Grant Street**<br>**Pittsburgh, PA 15219**          Contact Phone:  (412) 644 – 2700 |
| 7. | **Meeting of Creditors** | _____ at _____     Location: _____<br><br>The meeting will be conducted by phone.  Attendees should dial [INSERT PHONE NUMBER].  The participant code is [INSERT PARTICIPANT CODE].<br><br>The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. |
| 8. | **Proof of Claim Deadline** | **Deadline for filing proof of claim:**<br><br>**The deadline to file claims is not yet set.  If a deadline is set, a separate notice will be sent at a later time.** |

|  | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  A proof of claim form may also be obtained at https://omniagentsolutions.com/SouthHills or at any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>  your claim is designated as *disputed, contingent,* or *unliquidated;*<br><br>  you file a proof of claim in a different amount; or,<br><br>  you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://omniagentsolutions.com/SouthHills  at no charge, or for a fee at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|
| **9.  Exception to Discharge** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **12. Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |