**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Case No.: 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, *et al.,*[1] | Chapter 11 *Joint Administration Requested* |
| Debtors. | Doc. No.: |
| SOUTH HILLS OPERATIONS, LLC, *et al.,* | Related to Document No.: |
| Movant, | Hearing Date: |
| -vs - | Hearing Time: |
| NO RESPONDENTS. | Response Deadline: |

**DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
ESTABLISHING CERTAIN NOTICE, CASE MANAGEMENT, AND
ADMINISTRATIVE PROCEDURES AS WELL AS GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (the "Debtors"), in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, submit this motion (this "Motion"), pursuant to section 105 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), Rules 1015(c), 2002(m), 7016, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and W.PA.LBR 1002-2

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

through 1002-10 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania (the "Complex Chapter 11 Cases Procedures"), for the entry of an order, substantially in the form attached as **Exhibit A** (the "Proposed Order"): (a) establishing omnibus hearing dates and times for considering all motions and other matters in these cases; (b) authorizing an official service list to be established; and (c) establishing other administrative procedures to facilitate the efficient handling of the Chapter 11 Cases and any adversary proceedings filed in connection with the Chapter 11 Cases (collectively, the "Case Management Procedures").  In support of this Motion, the Debtors rely on the *Declaration of Louis Robichaux IV, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and Various First Day Applications and Motions* (the "First Day Declaration")[2] filed contemporaneously herewith and incorporated herein by reference.  In support of the relief requested in this Motion, the Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the Western District of Pennsylvania (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicate for the relief requested herein is section 105 of the Bankruptcy Code.  Such relief is warranted under Bankruptcy Rules 1015(c), 2002(m), 7016, 9007, and 9014 and W.PA.LBR 1002-6(e)(19).

---

[2]Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the First Day Declaration.

**BACKGROUND**

3.　　On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner in the Chapter 11 Cases, and no statutory committees have been appointed or designated.

4.　　A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this Motion and the Debtors' filing of voluntary petitions for relief filed under chapter 11 of the Bankruptcy Code are set forth in greater detail in the First Day Declaration filed contemporaneously herewith.

**RELIEF REQUESTED**

5.　　By this Motion, the Debtors respectfully request the entry of the Proposed Order establishing the Case Management Procedures for application to the Chapter 11 Cases and any adversary proceedings filed in connection with the Chapter 11 Cases.

**BASIS FOR REQUESTED RELIEF**

6.　　On the date hereof, the Debtors designated the Chapter 11 Cases as complex Chapter 11 Cases pursuant to W.PA.LBR 1002-4, on the basis that the Chapter 11 Cases requires special scheduling and other procedures because of a combination of factors, including, but not limited to (i) the number of debtors in the above-captioned case; (ii) the need for expedited hearings for consideration of case management and administrative orders and other "first day" motions, (iii) the size of the Chapter 11 Cases, (iv) the large number of parties in interest in the Chapter 11 Cases, and (v) the need for special noticing and hearing procedures. *See Notice of Designation as*

*Complex Case* [Doc. No. 4]. Accordingly, the Chapter 11 Cases are governed by the Complex Chapter 11 Cases Procedures.

7. The Complex Chapter 11 Cases Procedures include a variety of procedures intended to promote judicial economy and to enhance the procedural predictability for the Court, the Debtors, creditors, and all interested parties in complex chapter 11 cases. The Complex Chapter 11 Cases Procedures incorporate certain attachments that "reflect considerations, rules, forms, and policy statements to be used in further compliance with the foregoing procedures for Complex Chapter 11 Cases. . ." Among these attachments is a form Case Management Order (Attachment "D"), which provides specific procedures to facilitate the efficient handling of complex Chapter 11 Cases, including the relief sought by this Motion regarding omnibus hearings, general case management, and notice procedures.

8. The Court has entered similar orders in other complex Chapter 11 Cases. *See, e.g., In re Claim Jumper Acquisition Company, LLC,* No. 22-21941 (GLT), Doc. No. 66 (Bankr. W.D. Pa. Oct. 6, 2022); *In re Tilden Marcellus, LLC,* No. 22-20212 (GLT), Doc. No. 62 (Bankr. W.D. Pa. Feb. 9, 2022); *In re Rockdale Marcellus Holdings, LLC*, No. 21-22080 (GLT), Doc. No. 129 (Bankr. W.D. Pa. Sept. 29, 2021); *In re R.E. Gas Development, LLC*, No. 18-22032 (JAD), Doc. No. 155 (Bankr. W.D. Pa. May 18, 2018); *In re rue21, Inc.*, No. 17-22045 (GLT), Doc. No. 202 (Bankr. W.D. Pa. May 15, 2017).

9. Consistent with the Complex Chapter 11 Cases Procedure Order and the designation of the Chapter 11 Cases as complex chapter 11 cases, entry of an order establishing the proposed Case Management Procedures is reasonable and appropriate to promote judicial economy and to enhance procedural predictability within the context of the Chapter 11 Cases.

10.     The Case Management Procedures set forth in the Proposed Order establish, among other things, (i) omnibus hearing dates and times for considering all motions and other matters in the Chapter 11 Cases; (ii) an official service list; and (iii) other administrative procedures to facilitate the efficient handling of the Chapter 11 Cases and any adversary proceedings filed in connection with the Chapter 11 Cases.

11.     If approved, the Case Management Procedures will minimize costs to the Debtors' estates and reduce the burden on the Court's docket and, to that end, are an appropriate means to protect and maximize the value of the Debtors' estates.

## **NOTICE**

12.     Notice of this Motion has been provided by email, facsimile or overnight mail to: (i) the Office of the United States Trustee for the Western District of Pennsylvania, Federal Building, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222; (ii) counsel to CIBC Bank, U.S.A., Liz Boydston, Max Schlan, and Alexandria Rahn, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231; lboydston@gutnicki.com; mschlan@gutnicki.com; arahn@gutnicki.com; (iii) counsel to Cuarzo Healthcare, LLC, Elizabeth A. Green and Andrew Layden, BakerHostetler, 200 South Orange Avenue, Suite 2300, Orlando, FL 32801; egreen@bakerlaw.com; alayden@bakerlaw.com; (iv) lien *lis pendens* parties (a) Harmony Property Management LLC; (b) Irwin Property Management LLC; (c) New Castle Property Management LLC; (d) New Wilmington Property Management LLC; (e) Latrobe Property Management LLC; and, (f) Washington Property Management LLC in care of Michael A. Shiner, Esq., and Maribeth Thomas, Esq., Tucker Arensberg, PC, 1500 One PPG Place, Pittsburgh, PA 15222; mshier@tuckerlaw.com; mthomas@tuckerlaw.com; (v) U.S. Foods, 9399 West Higgins Road, Rosemont, IL 60018; (vi) Department of Human Services, Office of Long-Term Living,

Bureau of Finance, Forum Place 6th Floor, 555 Walnut Street, Harrisburg, PA 17101; (vii) CT Corporation, 330 N. Brand Blvd., Suite 700, Attn: SPRS, Glendale, CA 91203; (viii) those persons who have formally appeared and requested notice and service in these proceedings pursuant to Bankruptcy Rules 2002 and 3017; (ix) the list of the 30 largest unsecured creditors of the Debtors on a consolidated basis; (x) U.S. Department of Labor, Office of the Regional Solicitor, 1835 Market Street, Mailstop SOL/22, Philadelphia, PA 19103-2968, Attn: Alejandro A. Herrera, Esq. Herrera.alejandro.a@dol.gov; facsimile (215) 861-5162, and (xi) the following governmental agencies having a regulatory or statutory interest in these Chapter 11 Cases: (a) Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346; (b) United States Attorney's Office for the Western District of Pennsylvania, Attn: Eric G. Olshan, Joseph F. Weis, Jr. United States Courthouse 700 Grant Street, Suite 4000, Pittsburgh, PA 15219; and (c) Commonwealth of Pennsylvania Attorney General, Attn: Michelle A. Henry, 16th Floor, Strawberry Square, Harrisburg, PA 17120.  Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice is required.

**<u>NO PRIOR REQUEST</u>**

13.     No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request the entry of the Proposed Order, establishing the Case Management Procedures to be implemented in the Chapter 11 Cases and any adversary proceeding filed in connection with the Chapter 11 Cases and granting such other and further relief as may be just and proper.

[*The remainder of this page is intentionally left blank.*]

Dated: May 17, 2024
Pittsburgh, Pennsylvania

Respectfully submitted,

**WHITEFORD TAYLOR & PRESTON, LLP**

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi (PA ID No. 311869)
Michael J. Roeschenthaler (PA ID No. 87647)
Mark A. Lindsay (PA ID No. 89487)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-275-2401
Facsimile:  412-275-2404
Email: dschimizzi@whitefordlaw.com
mroeschenthaler@whitefordlaw.com
mlindsay@whitefordlaw.com
swenrich@whitefordlaw.com

*Proposed Local Counsel to the Debtors and
Debtors in Possession*

*-AND-*

Glenn B. Rose (*pro hac vice* pending)
Paul G. Jennings (*pro hac vice* pending)
Gene L. Humphreys (*pro hac vice* pending)
Jordan E. Thomas (*pro hac vice* pending)
Alfonso Cuen (*pro hac vice* pending)
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
grose@bassberry.com
pjennings@bassberry.com
ghumphreys@bassberry.com
jordan.thomas@bassberry.com
alfonso.cuen@bassberry.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

7