## **EXHIBIT B**

Declaration of Paul H. Deutch

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Case No.: 24-21217-CMB |
| **SOUTH HILLS OPERATIONS, LLC, *et al.*,[1]** | **Chapter 11** *Joint Administration Requested* |
| **Debtors.** | **Doc. No.:** |
| **SOUTH HILLS OPERATIONS, LLC, *et al.*,** | **Related to Document No.:** |
| **Movant,** | **Hearing Date:** |
| **-vs -** | **Hearing Time:** |
| **NO RESPONDENTS.** | **Response Deadline:** |

**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF DEBTORS' APPLICATION
SEEKING ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE
APPOINTMENT OF OMNI AGENT SOLUTIONS, INC. AS CLAIMS AND NOTICING
AGENT AND (II) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Paul Deutch, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), a bankruptcy administrative services firm with offices in Woodland Hills, CA, and New York, NY.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration (this "Declaration") in support of the above-captioned debtors' (collectively, the "Debtors") *Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Omni as Claims and Noticing Agent and (II) Granting Related Relief*, filed contemporaneously herewith (the "Application").[2]

### QUALIFICATIONS

3.      Omni is a chapter 11 administrator comprised of leading industry professionals with significant experience in the administrative aspects of large, complex chapter 11 cases. Omni's professionals have experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases, and experience in matters of this size and complexity. Omni has acted as the official claims and noticing agent and/or the administrative agent in many large bankruptcy cases in districts nationwide. Omni has developed efficient and cost-effective methods to handle the voluminous mailings associated with the noticing and claims processing portions of chapter 11 cases to ensure the efficient, orderly and fair treatment of creditors, equity security holders, and all parties in interest. Omni's present and former retentions include:  *Hornblower Holdings LLC*, Case No. 24-90061 (MI) (Bankr. S.D. Tex. Feb. 21, 2024); *In re PM Management - Killeen I NC LLC*, Case No. 24-30240 (SGCJ) (Bankr. N.D. Tex. Jan. 29, 2004); *In re Impel Pharmaceuticals Inc.*, Case No. 23-80016 (SGJ) (Bankr. N.D. Tex. Dec. 19, 2023); *In re Ebix, Inc.*, Case No. 23-80004 (SWE) (Bankr. N.D. Tex. Dec. 17, 2023); *In re Sunlight Financial Holdings Inc.*, Case No. 23-11794 (MFW) (Bankr. D. Del. Oct. 30, 2023);

---

[2] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Omni and are based on information provided by them.

*In re Shift Technologies, Inc.*, Case No. 23-30687 (HLB) (Bankr. N. D. Cal. Oct. 9, 2023); *In re UpHealth Holdings, Inc.*, Case No. 23-11476 (LSS) (Bankr. D. Del. Sept. 19, 2023); *In re AmeriFirst Financial, Inc.*, Case No. 23-11240 (TMH) (Bankr. D. Del. Aug. 24, 2023); *In re Roman Catholic Archbishop of San Francisco*, Case No. 23-30564 (DM) (Bankr. N.D. Cal. Aug. 21, 2023); *In re AeroFarms, Inc.*, Case No. 23-10737 (MFW) (Bankr. D. Del. June 8, 2023); *In re Bittrex, Inc.*, Case No. 23-10597 (BLS) (Bankr. D. Del. May 8. 2023); *In re Lannett Company, Inc.*, Case No. 23-10559 (JKS) (Bankr. D. Del. May, 2. 2023); *In re DeCurtis Holdings LLC*, Case No. 23-10548 (JKS) (Bankr. D. Del. Apr. 30, 2023); *In re Lincoln Power, LLC*, Case No. 23-10382 (LSS) (Bankr. D. Del. Apr. 3, 2023); *In re Independent Pet Partners Holdings, LLC*, Case No. 23-10153 (LSS) (Bankr. D. Del. Feb. 5, 2023); *In re Performance Powersports Group Investor, LLC*, Case No. 23-10047 (LSS) (Bankr. D. Del. Jan. 18, 2023); *In re Leading Life Senior Living, Inc.*, Case No. 22-42784 (MXM) (Bankr. N.D. Tex. Nov. 18, 2022); *In re PhaseBio Pharmaceuticals, Inc.*, Case No. 22-10995 (LSS) (Bankr. D. Del. Oct. 23, 2022); *In re Kabbage, Inc. d/b/a KServicing*, Case No. 22-10951 (CTG) (Bankr. D. Del. Oct. 6, 2022); *In re Gold Standard Baking, LLC*, Case No. 22-10559 (JKS) (Bankr. D. Del. June 23, 2022); *In re North Richland Hills Alamo, LLC*, Case No. 22-40384 (ELM) (Bankr. N.D. Tex. Feb. 25, 2022); *In re PWM Property Management LLC*, Case No. 21-11445 (MFW) (Bankr. D. Del. Dec. 1, 2021).[3]

## SERVICES TO BE RENDERED

4.      As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c), Omni will perform, at the request of the Office of the Clerk of the Court (the "Clerk's Office"), the services specified in the Application and the Services Agreement, and, at the Debtors' request, any related

---

[3] Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Declaration. Copies of these cited orders are available upon request to the Debtors' counsel.

administrative, technical, and support services as specified in the Application and the Services

Agreement. In performing such services, Omni will charge the Debtors the rates set forth in

the Services Agreement, which is attached as **Exhibit A** to the Application.

5.      Omni represents, among other things, the following:

(a)      Omni is not a creditor of the Debtors;

(b)      Omni will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

(c)      By accepting employment in these Chapter 11 Cases, Omni waives any rights to receive compensation from the United States government in connection with these Chapter 11 Cases;

(d)      In its capacity as the Claims and Noticing Agent in these Chapter 11 Cases, Omni will not be an agent of the United States and will not act on behalf of the United States;

(e)      Omni will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

(f)      Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged;

(g)      In its capacity as Claims and Noticing Agent in these Chapter 11 Cases, Omni will not intentionally misrepresent any fact to any person;

(h)      Omni shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

(i)      Omni will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j)      None of the services provided by Omni as Claims and Noticing Agent in these Chapter 11 Cases shall be at the expense of the Clerk's office.

6.      Although the Debtors do not propose to retain Omni under section 327 of the

Bankruptcy Code pursuant to the Application (such retention will be sought by separate

application), I caused to be submitted for review by our conflicts system the names of potential parties-in-interest (the "Potential Parties in Interest") in these Chapter 11 Cases. A list of Potential Parties in Interest, attached hereto as **Schedule 1**, was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, current and former directors and officers of the Debtors, significant stockholders, the Debtors' largest unsecured creditors on a consolidated basis, the United States Trustee and persons employed in the office of the United States Trustee, and other parties. The results of the conflict check were compiled and reviewed by Omni professionals.  At this time, and as set forth in further detail herein, Omni is not aware of any connection that would present a disqualifying conflict of interest. Should Omni discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Omni will use reasonable efforts to file promptly a supplemental declaration.

7.    To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither Omni, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties.

8.    Omni has and will continue to represent clients in matters unrelated to these Chapter 11 Cases.  In addition, in matters unrelated to these Chapter 11 Cases, Omni and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in these Chapter 11 Cases.  Omni may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

9.    To the best of my knowledge, none of Omni's employees are related to bankruptcy judges in the Western District of Pennsylvania, the United States Trustee for Region 3, or any

5

attorney known by Omni to be employed in the Office of the United States Trustee serving the Western District of Pennsylvania.

10.    Certain of Omni's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these cases.  Except as may be disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms.  Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed. To the best of my knowledge, none of Omni's professionals were partners of, or formerly employed within the last three years by firms that are Potential Parties in Interest or that have filed a notice of appearance in these Chapter 11 Cases.

11.    Omni and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Omni or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest.  To the best of my knowledge, Omni does not currently utilize the services of any law firms, investment banking and advisory firms, accounting firms, or financial advisors who have been identified as Potential Parties in Interest or who have filed a notice of appearance in these Chapter 11 Cases.

12.    To the best of my knowledge, Omni (a) does not hold or represent an interest adverse to the Debtors' estates; (b) is a "disinterested person" that (i) is not a creditor, an equity security holder, or an insider, (ii) is not and was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors, and (iii) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for

any other reason; and (c) has disclosed all of Omni's connections with the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

13.     To the extent Omni discovers any facts bearing on the matters described herein during the period of Omni's retention, Omni undertakes to amend and supplement the information contained in this Declaration to disclose such facts.

14.     I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules, and Omni will comply with them, subject to the Orders of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 14, 2024

/s/ Paul H. Deutch
Paul H. Deutch
Executive Vice President
Omni Agent Solutions, Inc.
1120 Avenue of the Americas, 4th Floor
New York, NY 10036

# **SCHEDULE 1**

Comprehensive Management Healthcare Services, LLC

| | Name of Party | Schedule Category | Obligor | Notes |
|---|---|---|---|---|
| 1 | 100 Tandem Village Road Propco, LLC | Debtors | CIBC | |
| 2 | 3876 Saxonburg Boulevard Propco, LLC | Debtors | CIBC | |
| 3 | Cheswick Rehabilitation and Wellness Center, LLC | Debtors | CIBC | |
| 4 | Comprehensive Healthcare Management Services, LLC | Debtors | Brighton | |
| 5 | Maybrook-C Briarcliff Opco, LLC | Debtors | CIBC | |
| 6 | Maybrook-C Briarcliff Propco, LLC | Debtors | CIBC | |
| 7 | Maybrook-C Evergreen Opco, LLC | Debtors | CIBC | |
| 8 | Maybrook-C Evergreen Propco, LLC | Debtors | CIBC | |
| 9 | Maybrook-C Kade Opco, LLC | Debtors | CIBC | |
| 10 | Maybrook-C Kade Propco, LLC | Debtors | CIBC | |
| 11 | Maybrook-C Latrobe Opco, LLC | Debtors | CIBC | |
| 12 | Maybrook-C Latrobe Propco, LLC | Debtors | CIBC | |
| 13 | Maybrook-C Overlook Opco, LLC | Debtors | CIBC | |
| 14 | Maybrook-C Overlook Propco, LLC | Debtors | CIBC | |
| 15 | Maybrook-C Silver Oaks Opco, LLC | Debtors | CIBC | |
| 16 | Maybrook-C Silver Oaks Propco, LLC | Debtors | CIBC | |
| 17 | Maybrook-C Whitecliff Opco, LLC | Debtors | CIBC | |
| 18 | Maybrook-C Whitecliff Propco, LLC | Debtors | CIBC | |
| 19 | Monroeville Operations, LLC | Debtors | Cuarzo | |
| 20 | Mt. Lebanon Operations, LLC | Debtors | Cuarzo | |
| 21 | Murrysville Operations, LLC | Debtors | Cuarzo | |
| 22 | North Strabane Rehabilitation and Wellness Center, LLC | Debtors | CIBC | |
| 23 | South Hills Operations, LLC | Debtors | Cuarzo | |
| 24 | 200 Tandem Village Road Propco, LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 25 | CHMS Group LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 26 | Comprehensive at Orleans LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 27 | Comprehensive at Williamsville - Payroll | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 28 | Comprehensive at Williamsville LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 29 | Comprehensive Healthcare Management Services - Property LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 30 | Coraopolis Rehabilitation and Wellness Center, LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 31 | Jefferson Hills Holdings LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 32 | Jefferson Hills Rehabilitation and Wellness Center LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 33 | North Strabane Retirement Village LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 34 | Reist St Realty LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 35 | Telegraph Realty LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 36 | Wexford Rehabilitation and Wellness Center, LLC | Non-Debtor Affiliates | Cuarzo, CIBC, Brighton | |
| 37 | CIBC Bank USA f/k/a The PrivateBank and Trust Company | UCC Liens | Cuarzo, CIBC, Brighton | |
| 38 | C T Corporation System, as representative | UCC Liens | | |
| 39 | GPH Canonsburg LP | UCC Liens / Secured Lenders | Cuarzo | |
| 40 | GPH Monroeville LP | UCC Liens / Secured Lenders | Cuarzo | |
| 41 | GPH Murrysville LP | UCC Liens / Secured Lenders | Cuarzo | |
| 42 | GPH Mt. Lebanon LP | UCC Liens / Secured Lenders | Cuarzo | |
| 43 | Orix Real Estate Capital, LLC | UCC Liens | Brighton | |
| 44 | Secretary of Housing and Urban Development, Office of Residential Care Facilities | UCC Liens | Brighton | |
| 45 | US Foods, Inc. | UCC Liens | CIBC | |
| 46 | CIBC Bank | Secured Lenders | CIBC | |
| 47 | United States Department of Housing and Urban Development | Secured Lenders | Brighton | |
| 48 | Chief Judge Gregory L. Taddonio | UST | All | US Bankruptcy Judges in the Western District of Pennsylvania |
| 49 | Judge Carlota M. Bohm | UST | All | US Bankruptcy Judges in the Western District of Pennsylvania |
| 50 | Judge John C. Melaragno | UST | All | US Bankruptcy Judges in the Western District of Pennsylvania |
| 51 | Judge Jeffrey A. Deller | UST | All | US Bankruptcy Judges in the Western District of Pennsylvania |
| 52 | Michael R. Rhodes | UST | All | Clerk of Court and Deputy for the Western District of Pennsylvania |
| 53 | John Kroto | UST | All | Clerk of Court and Deputy for the Western District of Pennsylvania |
| 54 | Andrew R. Vara | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 55 | Steven Albright | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 56 | David Berry | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 57 | Kathleen Blasi | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 58 | Lisa Geyer | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 59 | Madeline Gigliotti | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 60 | Jodi Hause | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 61 | David Milko | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 62 | Sharon Pasniewski | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 63 | Elvina Rofael | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 64 | Marta Villacorta | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 65 | Hugh Ward | UST | All | United States Trustee for the Western District of Pennsylvania (and Key Staff Members) |
| 66 | William Buchanan | UST | All | Trial Attorney |
| 67 | CIBC Bank USA | Banks | Cuarzo, CIBC, Brighton | |
| 68 | Citizens Bank | Banks | Cuarzo, CIBC, Brighton | |
| 69 | CitiBank USA | Banks | CIBC | |
| 70 | Ankura Consulting Group, LLC | BK Professional | Cuarzo, CIBC, Brighton | Debtor's Financial Advisor |
| 71 | BakerHostetler LLP | BK Professional | Cuarzo | Cuarzo Main Counsel |
| 72 | Bass, Berry & Sims PLC | BK Professional | Cuarzo, CIBC, Brighton | Debtor's Main Counsel |
| 73 | Bradley LLP | BK Professional | CIBC | Counsel to potential stalking horse bidder (Kadima Health) |
| 74 | Fultz Maddox Dickens | BK Professional | Cuarzo | |
| 75 | Gutnicki LLP | BK Professional | CIBC | CIBC Main Counsel |
| 76 | Koss & Schonfeld, LLP | BK Professional | CIBC | NY Counsel to potential stalking horse bidder (Kadima Health) |
| 77 | Omni Agent Solutions, Inc. | BK Professional | Cuarzo, CIBC, Brighton | Claims Agent |
| 78 | Whiteford Taylor & Preston LLP | BK Professional | Cuarzo, CIBC, Brighton | Debtor's Local Counsel (PA) |
| 79 | Abbey E. Blatt CPA PC | Auditors | CIBC | |
| 80 | B&B Consulting | Auditors | Brighton | |
| 81 | Jay Gelbein and Company CPA PLLC | Auditors | Brighton | |
| 82 | Jerome Zigdon & Associates PC | Auditors | Cuarzo, CIBC, Brighton | |
| 83 | Saul Friedman & Co. | Auditors | Brighton | |
| 84 | Amerigas | Utility Providers | CIBC | Gas |
| 85 | Armstrong Group | Utility Providers | CIBC | Telephone / Internet / Cable |
| 86 | AT&T Capital Services, Inc. | Utility Providers | Cuarzo | Telephone / Internet / Cable |
| 87 | Beaver Borough Sewage | Utility Providers | Brighton | Water / Sewage |
| 88 | Beaver Falls Municipal Authority | Utility Providers | Brighton | Water / Sewage |
| 89 | Brighton Township Municipality | Utility Providers | Brighton | Water / Sewage |
| 90 | Broadview Networks | Utility Providers | Cuarzo, CIBC | Telephone / Internet / Cable |
| 91 | Brunner Refuse | Utility Providers / Unsecured Creditors | Brighton | Waste Removal / Trash |
| 92 | Canonsburg-Houston Joint Sewer Authority | Utility Providers | Cuarzo | Water / Sewage |
| 93 | Columbia Gas of Pennsylvania | Utility Providers | Cuarzo, CIBC, Brighton | Gas |
| 94 | Comcast Business | Utility Providers | Cuarzo, CIBC, Brighton | Telephone / Internet / Cable |
| 95 | Commercial Readers Service LLC | Utility Providers | Cuarzo | Electric |
| 96 | Constellation NewEnergy-Gas Division, LLC | Utility Providers | Cuarzo, CIBC | Gas / Electric |
| 97 | CPA-TCO | Utility Providers | Brighton | Natural Gas |
| 98 | Craft Products Company, Inc | Utility Providers | CIBC | Water / Sewage |
| 99 | Curtis Power Solutions LLC | Utility Providers | CIBC | Electric |
| 100 | Daltons Service | Utility Providers | Brighton | Gas |
| 101 | Deer Creek | Utility Providers | CIBC | Water / Sewage |
| 102 | Direct Energy Busines | Utility Providers | CIBC, Brighton | Gas |
| 103 | DIRECTV (Ascentium) | Utility Providers | CIBC | Telephone / Internet / Cable |
| 104 | Duquesne Light Company | Utility Providers / Unsecured Creditors | Cuarzo, CIBC, Brighton | Electric |
| 105 | DynaLink Communications | Utility Providers | CIBC | Telephone / Internet / Cable |
| 106 | ENGIE Power & Gas LLC | Utility Providers | Cuarzo | Electric |
| 107 | etherFAX LLC | Utility Providers | Brighton | Telephone / Internet / Cable |
| 108 | Evergreen Waste Corp. | Utility Providers | Cuarzo, CIBC | Maintenance |
| 109 | Export Fuel Company, Inc. | Utility Providers | Cuarzo | Gas |
| 110 | Franklin Township Municipal Sanitary Authority | Utility Providers | Cuarzo | Water / Sewage |
| 111 | Greenville Water Authority | Utility Providers | CIBC | Water / Sewage / Fire Protection |
| 112 | Harmony Borough Water Authority | Utility Providers | CIBC | Water / Sewage |

| # | Name | Category | Entity | Type |
|---|------|----------|--------|------|
| 113 | Hempfield Township Municipal Authority | Utility Providers | CIBC | Water / Sewage |
| 114 | Horizon Information Services, Inc. | Utility Providers | Cuarzo, CIBC | Electric |
| 115 | Intelligent Discovery Solutions, Inc | Utility Providers / Ordinary Course Professionals | Cuarzo, CIBC, Brighton | Telephone / Internet / Cable |
| 116 | Jordan Tax Service, Inc | Utility Providers | Cuarzo | Water / Sewage |
| 117 | Kinetic Business by Windstream | Utility Providers | Cuarzo | Telephone / Internet / Cable |
| 118 | Marathon Energy | Utility Providers | CIBC | Gas |
| 119 | Mettel | Utility Providers | CIBC | Telephone / Internet / Cable |
| 120 | Monroeville Municipal Authority | Utility Providers | Cuarzo | Water / Sewage |
| 121 | Municipal Authority of Westmoreland County | Utility Providers | Cuarzo, CIBC | Water / Sewage |
| 122 | National Fuel Gas | Utility Providers | CIBC | Gas |
| 123 | Neofunds By Neopost | Utility Providers | CIBC | Telephone / Internet / Cable |
| 124 | New Castle Sanitation Authority | Utility Providers | CIBC | Water / Sewage |
| 125 | New Wilmington Borough | Utility Providers | CIBC | Water / Sewage / Electric |
| 126 | North Huntingdon Township Municipal Authority | Utility Providers | CIBC | Water / Sewage |
| 127 | North Strabane Township Municipal Authority | Utility Providers | Cuarzo, CIBC | Water / Sewage |
| 128 | NRG Business Marketing | Utility Providers | Brighton | Natural Gas |
| 129 | Oakmont Water Authority | Utility Providers | CIBC | Water / Sewage |
| 130 | Penn Power | Utility Providers | CIBC | Electric |
| 131 | Pennsylvania American Water | Utility Providers | Cuarzo, CIBC | Water / Sewage |
| 132 | Peoples Gas | Utility Providers | Cuarzo, CIBC | Gas |
| 133 | Plymouth Rock Energy LLC | Utility Providers | Cuarzo | Electric |
| 134 | Retirement Home TV Corporation | Utility Providers | Cuarzo | Telephone / Internet / Cable |
| 135 | Rochester Area Joint Sewer Authority | Utility Providers | Brighton | |
| 136 | SFE Energy, Inc. | Utility Providers | CIBC | Electric |
| 137 | Shank Waste Service, Inc. | Utility Providers | CIBC | Waste Removal / Trash |
| 138 | Snyder Brothers, Inc. | Utility Providers | CIBC | Gas |
| 139 | Spectrotel | Utility Providers | Cuarzo, CIBC, Brighton | Telephone / Internet / Cable |
| 140 | Sprague Operating Resources LLC | Utility Providers | CIBC | Gas |
| 141 | SVN TRCA Property Management | Utility Providers | Cuarzo | Electric |
| 142 | T&T Partners, LP - Penn Vista Apartments | Utility Providers | Cuarzo | Gas |
| 143 | The Wilkinsburg-Penn Joint Water Authority | Utility Providers | Cuarzo | Water / Sewage |
| 144 | Time Warner Cable | Utility Providers | CIBC | Telephone / Internet / Cable |
| 145 | UcomTel Inc (Empire) | Utility Providers | Cuarzo, CIBC | Telephone / Internet / Cable |
| 146 | Unity Township Municipal Authority | Utility Providers | CIBC | Water / Sewage |
| 147 | Verizon (Fax Line) | Utility Providers | Brighton | Telephone / Internet / Cable |
| 148 | Verizon Wireless | Utility Providers | CIBC, Brighton | Telephone / Internet / Cable |
| 149 | W.B.C.A. | Utility Providers | CIBC | Water / Sewage |
| 150 | Waste Wanted Solutions, LLC | Utility Providers | CIBC | Waste Removal / Trash |
| 151 | West Penn Power | Utility Providers | Cuarzo, CIBC | Electric |
| 152 | Western Butler County Authority | Utility Providers | CIBC | Water / Sewage |
| 153 | WEWJA (The Washington - East Washington Joint Authority) | Utility Providers | CIBC | Water / Sewage |
| 154 | Wilmington Township Sewer Authority | Utility Providers | CIBC | Water / Sewage |
| 155 | Windstream Enterprise | Utility Providers | Cuarzo, CIBC | Telephone / Internet / Cable |
| 156 | Youngstown Borough Municipal Authority | Utility Providers | CIBC | Water / Sewage |
| 157 | Commonwealth of Pennsylvania | Taxing Authorities | Cuarzo, CIBC, Brighton | |
| 158 | Dept of Public Welfare-Office of Long-Term | Taxing Authorities | Cuarzo, CIBC, Brighton | |
| 159 | Donald J Progar (Scool District) | Taxing Authorities | Cuarzo | |
| 160 | Donald J Progar Tax Collector (NS Real Estate) | Taxing Authorities | Cuarzo, CIBC | |
| 161 | Donald J Progar Tax Collector (Street Light) | Taxing Authorities | Cuarzo | |
| 162 | Fox Chapel Area School District | Taxing Authorities | CIBC | |
| 163 | Francis L. King, County Treasurer | Taxing Authorities | Cuarzo | |
| 164 | Gateway School District | Taxing Authorities | Cuarzo | |
| 165 | Internal Revenue Service | Taxing Authorities | Cuarzo, CIBC, Brighton | |
| 166 | JAMES W. ONUSKA | Taxing Authorities | Brighton | |
| 167 | John Weinstein Allegheny County Treasurer | Taxing Authorities | Cuarzo, CIBC | |
| 168 | Jordan Tax Service, INC. Stormwater | Taxing Authorities | Cuarzo | |
| 169 | Julie Leventry, Tax Collector | Taxing Authorities | CIBC | |
| 170 | Keystone Collections Group (Real Estate Tax) | Taxing Authorities | Cuarzo | |
| 171 | Keystone Collections Group (School District) | Taxing Authorities | Cuarzo | |
| 172 | Mark J Burkardt Tax Collector County and Municipal | Taxing Authorities | CIBC | |
| 173 | Mt. Lebanon , PA | Taxing Authorities | Cuarzo | |
| 174 | MT. Lebanon School District | Taxing Authorities | Cuarzo | |
| 175 | MT. Lebanon, PA (Municipal Tax) | Taxing Authorities | Cuarzo | |
| 176 | Municipality of Monroeville | Taxing Authorities | Cuarzo | |
| 177 | New Castle City Treasurer - City Tax | Taxing Authorities | CIBC | |
| 178 | New Castle City Treasurer - School Tax | Taxing Authorities | CIBC | |
| 179 | New Wilmington Borough Beechwood | Taxing Authorities | CIBC | |
| 180 | NW Borough Tax Collector | Taxing Authorities | CIBC | |
| 181 | PA Department of Revenue (Bureau of Individual tax | Taxing Authorities | CIBC | |
| 182 | Patrick J. Fulkerson, Tax Collector | Taxing Authorities | Cuarzo | |
| 183 | Robert OHR Tax Collector(prev WILLIAM L FAGLEY TAX | Taxing Authorities | CIBC | |
| 184 | Sandie Egley Beaver County Treasurer | Taxing Authorities | Brighton | |
| 185 | Sharen Mosier, Tax Collector | Taxing Authorities | CIBC | |
| 186 | Shelley Buchanan | Taxing Authorities | CIBC | |
| 187 | Shirley Zeigler, Tax Collector | Taxing Authorities | CIBC | |
| 188 | TCVCOG | Taxing Authorities | Cuarzo | |
| 189 | Tom Flickinger, County Treasurer | Taxing Authorities | Cuarzo, CIBC | |
| 190 | Township of Indiana | Taxing Authorities | CIBC | |
| 191 | Treasurer - Lawrence County Tax Claim Bureau | Taxing Authorities | CIBC | |
| 192 | Treasurer of Allegheny County | Taxing Authorities | Cuarzo, CIBC | |
| 193 | Unity Township Tax Collector | Taxing Authorities | CIBC | |
| 194 | WILMINGTON TWP Tax Collector | Taxing Authorities | CIBC | |
| 195 | Centers for Medicare and Medicaid Services | Gov't and Regulatory / Unsecured Creditors | Cuarzo, CIBC, Brighton | |
| 196 | PA Department of Health | Gov't and Regulatory | Cuarzo, CIBC, Brighton | |
| 197 | US Department of Labor | Gov't and Regulatory | Cuarzo, CIBC, Brighton | |
| 198 | AMERICAN ARBITRATION | Ordinary Course Professionals | Brighton | |
| 199 | AAE Consulting Services, Inc. | Ordinary Course Professionals | CIBC | |
| 200 | B&B Reimbursement Consulting Inc | Ordinary Course Professionals | Cuarzo, CIBC | |
| 201 | Ballard Spahr LLP | Ordinary Course Professionals | Cuarzo, CIBC | |
| 202 | Beverly Enterprises Inc | Ordinary Course Professionals / Unsecured Creditors | Cuarzo | |
| 203 | Braithwaite Communications | Ordinary Course Professionals | Brighton | |
| 204 | Capozzi Adler P.C | Ordinary Course Professionals / Unsecured Creditors | Cuarzo, CIBC | |
| 205 | Chapman Law Group | Ordinary Course Professionals | Cuarzo, Brighton | |
| 206 | Clark Hill PLC | Ordinary Course Professionals / Unsecured Creditors | Cuarzo, CIBC, Brighton | |
| 207 | Compliance Concepts, Inc | Ordinary Course Professionals / Unsecured Creditors | Brighton | |
| 208 | Connors LLP | Ordinary Course Professionals | Brighton | |
| 209 | Core Tactics | Ordinary Course Professionals | Cuarzo | |
| 210 | Denver Law Firm LLC | Ordinary Course Professionals | Brighton | |
| 211 | Dutcheen O. Cameron Reporting | Ordinary Course Professionals | CIBC | |
| 212 | Flannery Georgalis, LLC | Ordinary Course Professionals | Cuarzo, Brighton | |
| 213 | Gallagher Bassett Services, Inc. | Ordinary Course Professionals | Cuarzo, CIBC, Brighton | |
| 214 | Goodwin Procter LLP | Ordinary Course Professionals | Cuarzo, Brighton | |
| 215 | Gordon & Rees | Ordinary Course Professionals | Cuarzo, CIBC, Brighton | |
| 216 | Gorzelsky Law | Ordinary Course Professionals | Cuarzo | |
| 217 | Jackson Lewis P.C. | Ordinary Course Professionals | Brighton | |
| 218 | Karen M. Earley Official Court Reporter | Ordinary Course Professionals | Brighton | |
| 219 | Kennedy, PC | Ordinary Course Professionals | Cuarzo, CIBC | |
| 220 | Leech Tishman Fuscaldo & Lampl LLC | Ordinary Course Professionals | Brighton | |
| 221 | Lewis Litigation Support & Clinical Consulting | Ordinary Course Professionals | CIBC | |
| 222 | Mary Theresa Metzler | Ordinary Course Professionals | Brighton | |
| 223 | Nathan & Kamionski LLP | Ordinary Course Professionals | CIBC | |
| 224 | Noblemediation, LLC | Ordinary Course Professionals | CIBC | |
| 225 | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | Ordinary Course Professionals | CIBC, Brighton | |
| 226 | PLANET DEPOS | Ordinary Course Professionals | CIBC | |
| 227 | Porter Wright Morris & Arthur LLP | Ordinary Course Professionals | Cuarzo, CIBC, Brighton | |
| 228 | Post & Schell P.C. | Ordinary Course Professionals | Brighton | |

| | | | |
|---|---|---|---|
| 229 | Scanlon ADR Services | Ordinary Course Professionals | Brighton |
| 230 | Strassburger McKenna Gutnick & Gefsky, Attorneys | Ordinary Course Professionals | Cuarzo, Brighton |
| 231 | Tek-Collect Incoroorated | Ordinary Course Professionals | Brighton |
| 232 | The Denver Law Firm | Ordinary Course Professionals | Cuarzo |
| 233 | The Law Ofices of Paul E Pelletier | Ordinary Course Professionals | Brighton |
| 234 | Welsh & Recker, PC | Ordinary Course Professionals | Brighton |
| 235 | Ability Network | Unsecured Creditors | Brighton |
| 236 | Advanced Distributors | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 237 | Aflac | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 238 | Alixa RX LLC | Unsecured Creditors | Cuarzo, CIBC |
| 239 | All American Healthcare Services, Inc. | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 240 | Allegheny Medical Transport Inc | Unsecured Creditors | Cuarzo, CIBC |
| 241 | Allstate Medical | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 242 | American Express | Unsecured Creditors | CIBC |
| 243 | American Express - Lowes | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 244 | ARRC One, LLC | Unsecured Creditors | Cuarzo, CIBC |
| 245 | Brighton Twp Municipl | Unsecured Creditors | Brighton |
| 246 | Care Connection Nursing | Unsecured Creditors | Cuarzo, CIBC |
| 247 | Charles William Fetrow | Unsecured Creditors | Brighton |
| 248 | Chase Bank | Unsecured Creditors | CIBC, Brighton |
| 249 | Cleanslate Group LLC | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 250 | Columbia Gas | Unsecured Creditors | CIBC, Brighton |
| 251 | Commonwealth of Pennsylvania | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 252 | Dept Of Public Welfare-Office Of Long-Term | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 253 | Donald J Progar Tax Collector | Unsecured Creditors | CIBC |
| 254 | Dynamic Access, LLC | Unsecured Creditors | Cuarzo, CIBC, Brighton |
| 255 | Emergycare Inc | Unsecured Creditors | CIBC |
| 256 | Express-Med | Unsecured Creditors | Brighton |
| 257 | Favorite Healthcare Staffing | Unsecured Creditors | Cuarzo, CIBC |
| 258 | Aflac Group | Benefit Providers | Cuarzo, CIBC, Brighton |
| 259 | Guardian Life Insurance Company | Benefit Providers | Cuarzo, CIBC |
| 260 | Intac Actuarial Services Inc | Benefit Providers | CIBC |
| 261 | New York Life Insurance Company | Benefit Providers | Brighton |
| 262 | Service Employees International Union | Benefit Providers | Cuarzo, CIBC, Brighton |
| 263 | Sun Life Financial (Assurant) | Benefit Providers | Brighton |
| 264 | UPMC Health Plan | Benefit Providers | Cuarzo, CIBC, Brighton |
| 265 | GPH Canonsburg, LP | Landlords | Cuarzo |
| 266 | GPH Monroeville, LP | Landlords | Cuarzo |
| 267 | GPH Mt. Lebanon, LP | Landlords | Cuarzo |
| 268 | GPH Murrysville, LP | Landlords | Cuarzo |
| 269 | Amorose, Ellen | Litigation | Cuarzo |
| 270 | Burgman, Mary Ann | Litigation | CIBC |
| 271 | Chappel, Frances | Litigation | Cuarzo |
| 272 | Cross, Mary Ellen - Deceased | Litigation | Cuarzo |
| 273 | David, Grace - Deceased | Litigation | Cuarzo |
| 274 | Dewey, Sandra | Litigation | Cuarzo |
| 275 | Ducsay, Joyce M. - Deceased | Litigation | CIBC |
| 276 | Frangos, Argeres - Estate of | Litigation | CIBC |
| 277 | Fratangelo, Anne | Litigation | Cuarzo |
| 278 | Galton, Shelby - et al | Litigation | Brighton |
| 279 | Gist, Lucille - Estate of | Litigation | Brighton |
| 280 | Hardy, Sterling Robert - Estate of | Litigation | Cuarzo |
| 281 | Kovalak, Larry - Sr. | Litigation | Cuarzo |
| 282 | Logue, Donna | Litigation | CIBC |
| 283 | Mathews, Shirley A. - Deceased | Litigation | CIBC |
| 284 | Mead, Virginia - Deceased | Litigation | CIBC |
| 285 | Michalowski, Virginia - Deceased | Litigation | CIBC |
| 286 | Morris, Marjorie Jeanne | Litigation | CIBC |
| 287 | Nastase, Galdys M. - Deceased | Litigation | Cuarzo |
| 288 | Pringle, Carolyn - Deceased | Litigation | Cuarzo |
| 289 | Stofa, John R. | Litigation | CIBC |
| 290 | Stokes, Catherine | Litigation | Cuarzo |
| 291 | Tatsch, Robert Henry - Estate of | Litigation | CIBC |
| 292 | Vose, Clinton R. - Deceased | Litigation | CIBC |
| 293 | Vozar, Rochelle - Estate of | Litigation | Brighton |
| 294 | Watson, William | Litigation | Brighton |
| 295 | Woods, Marvin - Deceased | Litigation | Brighton |
| 296 | Young, Eric | Litigation | Cuarzo |
| 297 | AmTrust Insurance Company | Insurance Provider | Cuarzo, CIBC, Brighton |
| 298 | Federal Insurance Co / Chubb | Insurance Provider | Cuarzo, CIBC, Brighton |
| 299 | Interstate Insurance Company Risk Retention Group, Inc. | Insurance Provider | Cuarzo, CIBC, Brighton |
| 300 | Kinsale Insurance Company | Insurance Provider | Cuarzo, CIBC, Brighton |
| 301 | Landmark American Ins Co / RSUI (A Berkshire Hathway Company) | Insurance Provider | Cuarzo |
| 302 | Pennsylvania Professional Liability Joint Underwriting Association | Insurance Provider | Cuarzo, CIBC, Brighton |
| 303 | Philadelphia Insurance Companies (PHLY) | Insurance Provider | Cuarzo, CIBC, Brighton |
| 304 | The Hartford | Insurance Provider | CIBC |
| 305 | The Travelers Indemnity Company | Insurance Provider | CIBC |
| 306 | First Insurance Funding | Insurance Financing Provider | Cuarzo, CIBC |
| 307 | Hub International Northeast Limited | Broker | CIBC, Brighton |
| 308 | Merchants Bonding Company (Mutual) | Surety Bond | Cuarzo |
| 309 | P&G Brokerage | Broker | Cuarzo |
| 310 | Western Surety Company | Surety Bond | CIBC, Brighton |
| 311 | AARP | Signficant Customers | Brighton |
| 312 | Aetna | Signficant Customers | Cuarzo, CIBC, Brighton |
| 313 | Allwell | Signficant Customers | Cuarzo, CIBC, Brighton |
| 314 | AmeriHealth | Signficant Customers | Cuarzo, CIBC, Brighton |
| 315 | Blue Cross Blue Shield | Signficant Customers | Cuarzo, CIBC, Brighton |
| 316 | Carelon Behavioral Health | Signficant Customers | Brighton |
| 317 | Cigna | Signficant Customers | Cuarzo, Brighton |
| 318 | Gateway Health | Signficant Customers | Cuarzo, CIBC, Brighton |
| 319 | Highmark | Signficant Customers | Cuarzo, CIBC, Brighton |
| 320 | Humana | Signficant Customers | Cuarzo, CIBC, Brighton |
| 321 | Life Beaver | Signficant Customers | Brighton |
| 322 | Medicaid | Signficant Customers | Cuarzo, CIBC, Brighton |
| 323 | Medicare | Signficant Customers | Cuarzo, CIBC, Brighton |
| 324 | Optimum Health | Signficant Customers | CIBC |
| 325 | PA Health & Wellness | Signficant Customers | Cuarzo, CIBC, Brighton |
| 326 | Premier Inc | Signficant Customers | Cuarzo, CIBC, Brighton |
| 327 | ProMedica | Signficant Customers | CIBC |
| 328 | The Health Plan | Signficant Customers | Brighton |
| 329 | Tricare | Signficant Customers | Brighton |
| 330 | United Healthcare | Signficant Customers | Cuarzo, CIBC, Brighton |
| 331 | UPMC | Signficant Customers | Cuarzo, CIBC, Brighton |
| 332 | David Gast | Current D&O's | Cuarzo, CIBC, Brighton |
| 333 | Ephram Lahasky | Current D&O's | Cuarzo, CIBC, Brighton |
| 334 | Sam Halper | Current D&O's | Cuarzo, CIBC, Brighton |
| 335 | ABIG Holding corp | Shareholders | Brighton |
| 336 | Alla Portnova | Shareholders | Brighton |
| 337 | Anatoliy Nasimov | Shareholders | Brighton |
| 338 | Benjamin Halper | Shareholders | CIBC |
| 339 | BL Capital Group, LLC | Shareholders | Brighton |
| 340 | BRW Holdings, LLC | Shareholders | Brighton |
| 341 | CL1 LLC | Shareholders | CIBC |
| 342 | Comprehensive Healthcare Manager, LLC | Shareholders | Brighton |
| 343 | David Fistel | Shareholders | Brighton |
| 344 | DNS Group, LLC | Shareholders | Brighton |

| | | | |
|---|---|---|---|
| 345 | EL Buckeye West LLC | Shareholders | Cuarzo, CIBC |
| 346 | EL Reliant Holdings, LLC | Shareholders | CIBC |
| 347 | Eppfen Ventures LLC | Shareholders | Brighton |
| 348 | Eyal Ben Yosef | Shareholders | Brighton |
| 349 | Fair Oaks Family Holdings, LLC | Shareholders | Brighton |
| 350 | George Katz | Shareholders | Brighton |
| 351 | GL1, LLC | Shareholders | Cuarzo |
| 352 | Maybrook C Opco Holdings, LLC | Shareholders | CIBC |
| 353 | Maybrook C Propco Holdings, LLC | Shareholders | CIBC |
| 354 | Michael Neufeld | Shareholders | CIBC |
| 355 | Miriam Moussaieff | Shareholders | Brighton |
| 356 | ML Kids Holdings, LLC | Shareholders | Brighton |
| 357 | P20 Holdings LLC | Shareholders | Brighton |
| 358 | PA2 Holdings LLC | Shareholders | Cuarzo, CIBC |
| 359 | R1 Group LLC | Shareholders | CIBC |
| 360 | Rafael Lichtschein | Shareholders | Brighton |
| 361 | SHCO, LLC | Shareholders | CIBC |
| 362 | Terry Lichtschein | Shareholders | Brighton |
| 363 | West JFBL Operation Holdings LLC | Shareholders | CIBC |
| 364 | Yefim Portnov | Shareholders | Brighton |