## Exhibit C

## Commercial Insurance Policies

| Insured Entities | Type of Coverage | Insurance Carrier | Policy No. | Insurance Broker | Policy Term | Premium |
|---|---|---|---|---|---|---|
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC<br>Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>South Hills Operations LLC | Business Auto | Philadelphia Insurance Companies (PHLY) | PHPK2591814 | P&G Brokerage, Inc. | 8/15/23 - 8/15/24 | $31,831.97 |
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Evergreen Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC | Commercial Property | Federal Insurance Co / Chubb | 36034860 | P&G Brokerage, Inc. | 8/15/23 - 8/15/24 | $124,023.17 |
| Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>Murrysville Operations LLC<br>South Hills Operations LLC | Commercial Property | Federal Insurance Co / Chubb | 36034875 | P&G Brokerage, Inc. | 2/1/24 - 2/1/25 | $40,252.00 |
| Cheswick Rehabilitation and Wellness Center, LLC<br>North Strabane Rehabilitation and Wellness Center, LLC | Commercial Property | Federal Insurance Co / Chubb | 36034996 | P&G Brokerage, Inc. | 9/18/23 - 9/18/24 | $34,082.07 |
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Whitecliff Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Evergreen Opco LLC | Directors & Officers | Professional Solutions Insurance Company | IG249DMLA241<br>IG231DMLA241<br>IG242DMLA241<br>IG243DMLA241<br>IG247DMLA241<br>IG252DMLA241<br>IG256DMLA241 | Hub International Northeast Limited | 2/1/24 - 2/1/25 | $81,148.00 |

| Insured Entities | Type of Coverage | Insurance Carrier | Policy No. | Insurance Broker | Policy Term | Premium |
|---|---|---|---|---|---|---|
| Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>Murrysville Operations LLC<br>South Hills Operations LLC | Employment Practices Liability Insurance | Landmark American Ins Co / RSUI (A Berkshire Hathway Company) | LPP705256 | P&G Brokerage, Inc. | 5/31/23 - 5/31/24 | $33,290.13 |
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Evergreen Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC | ERISA | The Travelers Indemnity Company | 107316388 | P&G Brokerage, Inc. | 6/14/23 - 6/14/26 | $348.00 |
| Cheswick Rehabilitation and Wellness Center, LLC | ERISA | The Travelers Indemnity Company | 107189114 | P&G Brokerage, Inc. | 9/18/22 - 9/18/25 | $258.00 |
| Cheswick Rehabilitation and Wellness Center, LLC | Flood | The Hartford | 6500272127 | P&G Brokerage, Inc. | 9/18/23 - 9/18/24 | $3,707.00 |
| Cheswick Rehabilitation and Wellness Center, LLC<br>North Strabane Rehabilitation and Wellness Center, LLC | General Liability | Kinsale Insurance Company | 0100274669-0 | P&G Brokerage, Inc. | 2/1/24 - 12/20/24 | $45,713.00 |

2

| Insured Entities | Type of Coverage | Insurance Carrier | Policy No. | Insurance Broker | Policy Term | Premium |
|---|---|---|---|---|---|---|
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Evergreen Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC<br>Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>Murrysville Operations LLC<br>South Hills Operations LLC | General Liability | Kinsale Insurance Company | 0100274669-0 | P&G Brokerage, Inc. | 3/1/24-12/20/24 | $194,794.08 |
| Cheswick Rehabilitation and Wellness Center, LLC | Professional Liability | Pennsylvania Professional Liability Joint Underwriting Association | H18990 | P&G Brokerage, Inc. | 2/1/24 - 2/1/25 | $72,317.00 |
| North Strabane Rehabilitation and Wellness Center, LLC | Professional Liability | Pennsylvania Professional Liability Joint Underwriting Association | H18991 | P&G Brokerage, Inc. | 2/1/24 - 2/1/25 | $31,411.00 |
| Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Evergreen Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC<br>Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>Murrysville Operations LLC<br>South Hills Operations LLC | Professional Liability | Pennsylvania Professional Liability Joint Underwriting Association | H19007<br>H19008<br>H19009<br>H19010<br>H19014<br>H19015<br>H19017<br>H19011<br>H19012<br>H19013<br>H19016 | P&G Brokerage, Inc. | 4/11/24 - 4/11/25 | $634,910.49 |

| Insured Entities | Type of Coverage | Insurance Carrier | Policy No. | Insurance Broker | Policy Term | Premium |
|---|---|---|---|---|---|---|
| Cheswick Rehabilitation and Wellness Center, LLC<br>Maybrook-C Briarcliff Opco LLC<br>Maybrook-C Evergreen Opco LLC<br>Maybrook-C Kade Opco LLC<br>Maybrook-C Latrobe Opco LLC<br>Maybrook-C Overlook Opco LLC<br>Maybrook-C Silver Oaks Opco LLC<br>Maybrook-C Whitecliff Opco LLC<br>Monroeville Operations LLC<br>Mt Lebanon Operations LLC<br>Murrysville Operations LLC<br>North Strabane Rehabilitation and Wellness Center, LLC<br>South Hills Operations LLC | Workers' Compensation | AmTrust Insurance Company | KWC1333932 | P&G Brokerage, Inc. | 9/19/23 - 9/19/24 | $1,388,472.75 |
| | | | | | | **$2,716,558.66** |

4