## Exhibit D

## Financing Agreements

| Entity Party to the Financing | Premium Financing Lender | Quote Number | Financed Amount | Monthly Installment Amount | Final Installment Date | Total Outstanding |
|---|---|---|---|---|---|---|
| Maybrook-C Overlook Opco, LLC Propco Holdings LLC Maybrook C OPCO | IFPS of New York, LLC | 25878129 | $7,733.00 | $7,529.32 | 11/1/2024 | $45,175.92 |
| Monroeville Operations LLC | First Insurance Funding | 53054987 | $7,825.50 | $864.90 | 3/10/2024 | $0.00 |
| Mt Lebanon Operations LLC | First Insurance Funding | 53055570 | $20,657.62 | $791.26 | 3/10/2024 | $0.00 |
| Murrysville Operations LLC | First Insurance Funding | 53057170 | $13,627.12 | $612.37 | 3/10/2024 | $0.00 |
| South Hills Operations LLC | First Insurance Funding | 53057410 | $6,558.00 | $1,353.54 | 3/10/2024 | $0.00 |
| Cheswick Rehabilitation and Wellness Center, LLC | First Insurance Funding | 55988794 | $6,384.65 | $1,936.55 | 6/18/2024 | $3,873.10 |
| North Strabane Rehabilitation and Wellness Center, LLC | First Insurance Funding | 55989230 | $11,013.93 | $1,466.15 | 6/18/2024 | $2,932.30 |
| Maybrook-C Briarcliff Opco LLC | First Insurance Funding | 56174220 | $5,841.03 | $2,259.62 | 5/16/2024 | $2,259.62 |
| Maybrook-C Kade Opco LLC | First Insurance Funding | 56174469 | $14,763.22 | $1,421.88 | 5/16/2024 | $1,421.88 |
| Maybrook-C Latrobe Opco LLC | First Insurance Funding | 56175086 | $11,013.93 | $2,072.57 | 5/16/2024 | $2,072.57 |
| Maybrook-C Overlook Opco LLC | First Insurance Funding | 56175318 | $14,547.62 | $2,107.74 | 5/16/2024 | $2,107.74 |
| Maybrook-C Silver Oaks Opco LLC | First Insurance Funding | 56175490 | $9,991.77 | $1,173.45 | 5/16/2024 | $1,173.45 |

1

| Entity Party to the Financing | Premium Financing Lender | Quote Number | Financed Amount | Monthly Installment Amount | Final Installment Date | Total Outstanding |
|---|---|---|---|---|---|---|
| Maybrook-C Whitecliff Opco LLC | First Insurance Funding | 56175698 | $4,523.64 | $2,948.10 | 5/16/2024 | $2,948.10 |
| Maybrook-C Evergreen Opco LLC | First Insurance Funding | 56175854 | $9,234.54 | $2,269.08 | 5/16/2024 | $2,269.08 |
| Monroeville Operations LLC | First Insurance Funding | 60242542 | $13,541.15 | $1,052.84 | 10/1/2024 | $5,264.20 |
| Mt Lebanon Operations LLC | First Insurance Funding | 60244688 | $13,770.96 | $1,021.78 | 10/1/2024 | $5,108.90 |
| Murrysville Operations LLC | First Insurance Funding | 60245305 | $7,621.04 | $1,034.01 | 10/1/2024 | $5,170.05 |
| South Hills Operations LLC | First Insurance Funding | 60245644 | $19,261.32 | $866.53 | 10/1/2024 | $4,332.65 |
| Cheswick Rehabilitation and Wellness Center, LLC | First Insurance Funding | 60386471 | $14,825.14 | $5,346.72 | 6/18/2024 | $10,693.44 |
| North Strabane Rehabilitation and Wellness Center, LLC | First Insurance Funding | 60386802 | $7,968.00 | $3,527.04 | 6/18/2024 | $7,054.08 |
| Monroeville Operations LLC | First Insurance Funding | 63331920 | $11,178.16 | $1,885.16 | 10/15/2024 | $9,425.80 |
| Mt Lebanon Operations LLC | First Insurance Funding | 63332274 | $12,013.91 | $1,900.89 | 10/15/2024 | $9,504.45 |

2

| Entity Party to the Financing | Premium Financing Lender | Quote Number | Financed Amount | Monthly Installment Amount | Final Installment Date | Total Outstanding |
|---|---|---|---|---|---|---|
| Murrysville Operations LLC | First Insurance Funding | 63332720 | $6,477.06 | $1,885.16 | 10/15/2024 | $9,425.80 |
| South Hills Operations LLC | First Insurance Funding | 63333512 | $16,088.19 | $1,633.82 | 10/15/2024 | $8,169.10 |
| Maybrook-C Briarcliff Opco LLC | First Insurance Funding | 63333793 | $12,536.25 | $1,885.16 | 10/15/2024 | $9,425.80 |
| Maybrook-C Evergreen Opco LLC | First Insurance Funding | 63334155 | $12,640.73 | $1,806.62 | 10/15/2024 | $9,033.10 |
| Maybrook-C Kade Opco LLC | First Insurance Funding | 63334635 | $12,536.25 | $1,167.69 | 10/15/2024 | $5,838.45 |
| Maybrook-C Latrobe Opco LLC | First Insurance Funding | 63334890 | $10,864.75 | $1,680.94 | 10/15/2024 | $8,404.70 |
| Maybrook-C Overlook Opco LLC | First Insurance Funding | 63335129 | $12,536.25 | $1,806.62 | 10/15/2024 | $9,033.10 |
| Maybrook-C Silver Oaks Opco LLC | First Insurance Funding | 63335731 | $12,013.91 | $978.33 | 10/15/2024 | $4,891.65 |
| Maybrook-C Whitecliff Opco LLC | First Insurance Funding | 63335905 | $7,730.69 | $2,419.30 | 10/15/2024 | $12,096.50 |
| | | | | | | **$199,105.53** |

3