**<u>Exhibit E</u>**

**Surety Bonds**

| Principal | Obligee | Surety | Bond Number | Amount |
|---|---|---|---|---|
| Maybrook-C Briarcliff Opco, LLC | Residents of Maybrook-C Briarcliff Opco, LLC | Western Surety Company | 71819806 | $170,000.00 |
| Maybrook-C Evergreen Opco, LLC | Residents of Maybrook-C Evergreen Opco, LLC | Western Surety Company | 71819823 | $175,000.00 |
| Maybrook-C Kade Opco LLC | Residents of Maybrook-C Kade Opco, LLC | Western Surety Company | 71819821 | $125,000.00 |
| Maybrook-C Latrobe Opco, LLC | Residents of Maybrook-C Latrobe Opco, LLC | Western Surety Company | 63068123 | $200,000.00 |
| Maybrook-C Overlook Opco, LLC | Residents of Maybrook-C Overlook Opco, LLC | Western Surety Company | 71819820 | $150,000.00 |
| Maybrook-C Silver Oaks Opco, LLC | Residents of Maybrook-C Silver Oaks Opco, LLC | Western Surety Company | 71819819 | $100,000.00 |
| Maybrook-C Whitecliff Opco, LLC | Residents of Maybrook-C Whitecliff Opco, LLC | Western Surety Company | 71819816 | $200,000.00 |
| South Hills Operations LLC | PA Dept of Health; Residents of South Hills Rehabilitation | Merchants Bonding Company (Mutual) | PA 9591 | $220,000.00 |
| Monroeville Operations LLC | Residents of Monroeville Rehabilitation and Wellness | Merchants Bonding Company (Mutual) | PA 9595 | $150,000.00 |
| Mt Lebanon Operations LLC | Residents of Mt Lebanon Rehabilitation and Wellness | Merchants Bonding Company (Mutual) | PA 9592 | $175,000.00 |
| Murrysville Operations LLC | PA Dept of Health; Residents of Murrysville | Merchants Bonding Company (Mutual) | PA 9593 | $170,000.00 |
| Cheswick Rehabilitation and Wellness Center, LLC | PA Dept of Health for Benefit of Residents of Cheswick | Merchants Bonding Company (Mutual) | PA5108024 | $225,000.00 |
| North Strabane Rehabilitation and Wellness Center, LLC | PA Dept of Health for Benefit of Residents of North Strabane | Merchants Bonding Company (Mutual) | PA5108025 | $70,000.00 |
| | | | | **$2,130,000.00** |