# EXHIBIT C

Payroll Schedule

| Debtor Entity | Period Start | Period End | Pay Date |
|---|---|---|---|
| **Payroll Cadence 1** | 4/28/2024 | 5/11/2024 | 5/21/2024 |
| Cheswick Rehabilitation and Wellness Center, LLC (9561) – (Cheswick) | 5/12/2024 | 5/25/2024 | 6/4/2024 |
| North Strabane Rehabilitation and Wellness Center, LLC (1677) – (North Strabane) | 5/26/2024 | 6/8/2024 | 6/18/2024 |
| Monroeville Operations, LLC (3280) – (Monroeville) | 6/9/2024 | 6/22/2024 | 7/2/2024 |
| Mt. Lebanon Operations, LLC (1133) – (Mt. Lebanon) | 6/23/2024 | 7/6/2024 | 7/16/2024 |
| **Payroll Cadence 2** | 4/28/2024 | 5/11/2024 | 5/16/2024 |
| Maybrook-C Whitecliff Opco, LLC (6211) – (Greenville) | 5/12/2024 | 5/25/2024 | 5/30/2024 |
| Maybrook-C Overlook Opco, LLC (7081) – (New Wilmington) | 5/26/2024 | 6/8/2024 | 6/13/2024 |
| Maybrook-C Kade Opco, LLC (4033) – (Washington) | 6/9/2024 | 6/22/2024 | 6/27/2024 |
| | 6/23/2024 | 7/6/2024 | 7/11/2024 |
| **Payroll Cadence 3** | 5/5/2024 | 5/18/2024 | 5/23/2024 |
| Maybrook-C Evergreen Opco, LLC (5388) – (Harmony) | 5/19/2024 | 6/1/2024 | 6/6/2024 |
| Maybrook-C Briarcliff Opco, LLC (5187) – (Irwin) | 6/2/2024 | 6/15/2024 | 6/20/2024 |
| Maybrook-C Latrobe Opco, LLC (4148) – (Latrobe) | 6/16/2024 | 6/29/2024 | 7/4/2024 |
| Maybrook-C Silver Oaks Opco, LLC (7146) – (New Castle) | 6/30/2024 | 7/13/2024 | 7/18/2024 |
| **Payroll Cadence 4** | 5/5/2024 | 5/18/2024 | 5/28/2024 |
| Murrysville Operations, LLC (9149) – (Murrysville) | 5/19/2024 | 6/1/2024 | 6/11/2024 |
| South Hills Operations, LLC (5527) – (South Hills) | 6/2/2024 | 6/15/2024 | 6/25/2024 |
| | 6/16/2024 | 6/29/2024 | 7/9/2024 |
| | 6/30/2024 | 7/13/2024 | 7/23/2024 |