**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SOUTH HILLS OPERATIONS, LLC, *et al.*, | ) *Joint Administration Requested* |
| | ) |
| Debtors.[1] | ) Case No. 24-21217-CMB |
| | ) |

**MOTION FOR *PRO HAC VICE* ADMISSION**

1.  This motion for admission *pro hac vice* is being filed on behalf of: *Alexandria Rahn, Esquire, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, Texas 75231, phone: 469.935.6699, email: arahn@gutnicki.com, Lawyer Bar I.D. 24110246, State of Texas and Lawyer Bar I.D. 39097, State of Louisianna,* by *Jeanne S. Lofgren*.

2.  Applicant represents *CIBC Bank USA having an address of 120 S. LaSalle Street, Chicago, Illinois 60603.* Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3.  Applicant is a member in good standing of the Bar *of the State of Texas*, and *of the State of Louisiana* is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4.  Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania: *Jeanne S. Lofgren, Esquire, Campbell & Levine, LLC, 310 Grant Street, Suite 1700, Pittsburgh, Pennsylvania, 15219, 412.618.3505, jlofgren@camlev.com, PA Bar I.D. No. 89078.*

5.  Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

6.       Applicant has not previously received *Pro Hac Vice* admission to this Court.

Dated: <u>May 17, 2024</u>                         CAMPBELL & LEVINE, LLC

                                      By: *<u>/s/ Jeanne Lofgren</u>*
                                          Jeanne S. Lofgren, Esquire
                                        PA I.D. No. 89078
                                        310 Grant Street,
                                        Suite 1700
                                        Pittsburgh, PA 15219
                                        p. (412) 618-3505
                                        e.  jlofgren@camlev.com

**PAWB Local Form 18  (03/17)**

{C1307125.1 }