## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                     )
                                           )    Chapter 11
SOUTH HILLS OPERATIONS, LLC, *et al.*,     )    *Joint Administration Requested*
                                           )
            Debtors.[1]                    )    Case No. 24-21217-CMB
                                           )
                                           )    Related to Doc. No. ____

### ORDER GRANTING PRO HAC VICE ADMISSION

AND NOW, this ___ day of _____, 2024, upon consideration of the Motion for Pro Hac

Vice Admission filed on behalf of Alexandria Rahn, Esquire, it is hereby ORDERED, ADJUDGED, and

DECREED that the Motion is GRANTED and that Alexandria Rahn, Esquire is admitted pro hac vice

for CIBC Bank USA  in these bankruptcy cases.

BY THE COURT:

_____
Carlota M. Böhm
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

{C1307125.1 }