**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No.: 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, *et al.,*[1] | Chapter 11 *Joint Administration Requested* |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), Bankruptcy Rules 2002 and 9010, and the Local Rules, Robert E. Bittner, Esquire of the law firm Baker & Hostetler, LLP hereby appears as counsel for GPH Canonsburg LP, GPH Monroeville LP, GPH Murrysville LP and GPH Mt. Lebanon LP.

PLEASE TAKE FURTHER NOTICE that Robert E. Bittner requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon him at the following office address and emails:

> Robert E. Bittner, Esquire
> Baker & Hostetler LLP
> 1735 Market Street, Suite 330
> Philadelphia, PA 19103
> 215-568-3100
> rbittner@bakerlaw.com
> orlbankruptcy@bakerlaw.com

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Dated: May 17, 2024         BAKER & HOSTETLER, LLP

*/s/ Robert E. Bittner*
Robert E. Bittner, Esquire
PA Bar No. 78480
Baker & Hostetler LLP
1735 Market Street, Suite 330
Philadelphia, PA 19103
215-568-3100
rbittner@bakerlaw.com
orlbankruptcy@bakerlaw.com
*Attorneys for GPH Canonsburg LP, GPH
Monroeville LP, GPH Murrysville LP and
GPH Mt. Lebanon LP*

4891-2400-5823.1