**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No.: 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, *et al.,*[2] | Chapter 11 *Joint Administration Requested* |
| Debtors. | |

**CERTIFICATE OF SERVICE OF
NOTICE OF APPEARANCE AND REQEUST FOR NOTICES**

I hereby certify that on May 17, 2024, I caused a true and correct copy of the foregoing document to be served through the Notice of Electronic Case Filing (NEF) System for the United States Bankruptcy Court for the Western District of Pennsylvania.

Dated: May 17, 2024                         BAKER & HOSTETLER, LLP

*/s/ Robert E. Bittner*
Robert E. Bittner, Esquire
PA Bar No. 78480
Baker & Hostetler LLP
1735 Market Street, Suite 330
Philadelphia, PA 19103
215-568-3100
rbittner@bakerlaw.com
orlbankruptcy@bakerlaw.com

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

4891-2400-5823.1