## **EXHIBIT 1**

Defined Terms

| Debtor Entities | Debtor Classifications ||||||||| 
| | OpCo Debtors | PropCo Debtors | Cuarzo Debtors | Maybrook OpCo Debtors | Maybrook PropCo Debtors | Maybrook Debtors | Consulate OpCo Debtors | Consulate PropCo Debtors | Consulate Debtors |
|---|---|---|---|---|---|---|---|---|---|
| South Hills Operations, LLC | X | | X | | | | | | |
| Monroeville Operations, LLC | X | | X | | | | | | |
| Mt. Lebanon Operations, LLC | X | | X | | | | | | |
| Murrysville Operations, LLC | X | | X | | | | | | |
| Cheswick Rehabilitation and Wellness Center, LLC | X | | | | | | X | | X |
| 3876 Saxonburg Boulevard Propco, LLC | | X | | | | | | X | X |
| North Strabane Rehabilitation and Wellness Center, LLC | X | | | | | | X | | X |
| 100 Tandem Village Road Propco, LLC | | X | | | | | | X | X |
| Maybrook-C Briarcliff Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Briarcliff Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Evergreen Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Evergreen Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Kade Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Kade Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Latrobe Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Latrobe Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Overlook Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Overlook Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Silver Oaks Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Silver Oaks Propco, LLC | | X | | | X | X | | | |
| Maybrook-C Whitecliff Opco, LLC | X | | | X | | X | | | |
| Maybrook-C Whitecliff Propco, LLC | | X | | | X | X | | | |