# **EXHIBIT 2**

**Organizational Chart**

*holds more than 20% interest in all entities
PA2 HOLDINGS, LLC*
South Hills Operations, LLC DBA South Hills Rehabilitation and Wellness Center
Murrysville Operations, LLC DBA Murrysville Rehabilitation and Wellness Center
Mt. Lebanon Operations, LLC DBA Mt. Lebanon Rehabilitation and Wellness Center
Monroeville Operations, LLC DBA Monroeville Rehabilitation and Wellness Center
Cheswick Rehabilitation and Wellness Center, LLC
3876 Saxonburg Boulevard Propco, LLC
North Strabane Rehabilitation and Wellness Center, LLC
100 Tandem Village Road Propco, LLC
Maybrook-C Opco Holdings, LLC
Maybrook-C Propco Holdings, LLC
Maybrook-C Whitecliff Opco, LLC DBA The Grove at Greenville
Maybrook-C Evergreen Opco, LLC DBA The Grove at Harmony
Maybrook-C Latrobe Opco, LLC DBA The Grove at Latrobe
Maybrook-C Silver Oaks Opco, LLC DBA The Grove at New Castle
Maybrook-C Overlook Opco, LLC DBA The Grove at New Wilmington
Maybrook-C Briarcliff Opco, LLC DBA The Grove at North Huntingdon
Maybrook-C Kade Opco, LLC DBA The Grove at Washington
CHMS Group, LLC
Maybrook-C Whitecliff Propco, LLC
Maybrook-C Evergreen Propco, LLC
Maybrook-C Latrobe Propco, LLC
Maybrook-C Silver Oaks Propco, LLC
Maybrook-C Overlook Propco, LLC
Maybrook-C Briarcliff Propco, LLC
Maybrook-C Kade Propco, LLC

