# **EXHIBIT 3**

Assets and Liabilities as of December 31, 2023

| Debtor Entities | As of December 31, 2023 | | |
|---|---|---|---|
| | Total Assets | Total Liabilities | Total Capital |
| South Hills Operations, LLC | $ 2,106,725 | $ 3,706,232 | $ (1,599,507) |
| Monroeville Operations, LLC | $ 4,143,729 | $ 7,279,695 | $ (3,135,967) |
| Mt. Lebanon Operations, LLC | $ 2,299,553 | $ 7,614,133 | $ (5,314,580) |
| Murrysville Operations, LLC | $ 2,755,886 | $ 2,427,616 | $ 328,270 |
| Cheswick Rehabilitation and Wellness Center, LLC | $ 2,438,196 | $ 3,430,354 | $ (992,158) |
| 3876 Saxonburg Boulevard Propco, LLC | $ 3,275,578 | $ 3,583,458 | $ (307,880) |
| North Strabane Rehabilitation and Wellness Center, LLC | $ 1,422,959 | $ 4,041,847 | $ (2,618,887) |
| 100 Tandem Village Road Propco, LLC | $ 1,770,945 | $ 3,337,260 | $ (1,566,315) |
| Maybrook-C Briarcliff Opco, LLC | $ 3,217,991 | $ 7,187,952 | $ (3,969,961) |
| Maybrook-C Briarcliff Propco, LLC | $ 11,268,557 | $ 8,745,450 | $ 2,523,106 |
| Maybrook-C Evergreen Opco, LLC | $ 1,759,336 | $ 315,055 | $ 1,444,281 |
| Maybrook-C Evergreen Propco, LLC | $ 11,634,439 | $ 9,954,861 | $ 1,679,578 |
| Maybrook-C Kade Opco, LLC | $ 6,201,790 | $ 5,107,328 | $ 1,094,463 |
| Maybrook-C Kade Propco, LLC | $ 1,282,746 | $ 1,516,070 | $ (233,324) |
| Maybrook-C Latrobe Opco, LLC | $ 999,751 | $ (1,467,884) | $ 2,467,635 |
| Maybrook-C Latrobe Propco, LLC | $ 9,303,842 | $ 6,321,892 | $ 2,981,950 |
| Maybrook-C Overlook Opco, LLC | $ 1,236,599 | $ 7,038,612 | $ (5,802,013) |
| Maybrook-C Overlook Propco, LLC | $ 5,396,005 | $ 5,529,403 | $ (133,398) |
| Maybrook-C Silver Oaks Opco, LLC | $ 1,114,866 | $ 2,849,921 | $ (1,735,055) |
| Maybrook-C Silver Oaks Propco, LLC | $ 3,106,104 | $ 3,707,835 | $ (601,731) |
| Maybrook-C Whitecliff Opco, LLC | $ 2,080,992 | $ 3,280,222 | $ (1,199,230) |
| Maybrook-C Whitecliff Propco, LLC | $ 12,819,809 | $ 11,100,991 | $ 1,718,818 |

With respect to the liabilities shown on this exhibit, the Debtors allocate on their internal statements the liabilities owed by the Maybrook Debtors to CIBC, by the Consulate Debtors to CIBC and by the Cuarzo Debtors to Cuarzo, as opposed to reflecting any joint and several liability for those debts.