## **EXHIBIT 4**

Revenues and Expenses for 2022 and 2023

| Debtor Entities | As of December 31, 2023 | | | As of December 31, 2022 | | |
|---|---|---|---|---|---|---|
| | Total Income | Total Expenses | Net Income (Loss) | Total Income | Total Expenses | Net Income (Loss) |
| South Hills Operations, LLC | $ 8,959,655 | $ (10,934,720) | $ (1,975,065) | $ 9,520,242 | $ (10,770,241) | $ (1,249,999) |
| Monroeville Operations, LLC | $ 8,674,632 | $ (11,753,673) | $ (3,079,041) | $ 9,131,519 | $ (11,130,749) | $ (1,999,230) |
| Mt. Lebanon Operations, LLC | $ 9,149,899 | $ (11,867,781) | $ (2,717,883) | $ 10,352,590 | $ (12,964,087) | $ (2,611,496) |
| Murrysville Operations, LLC | $ 9,793,486 | $ (11,487,257) | $ (1,693,771) | $ 9,508,182 | $ (11,020,620) | $ (1,512,438) |
| Cheswick Rehabilitation and Wellness Center, LLC | $ 9,720,192 | $ (11,525,173) | $ (1,804,981) | $ 9,521,683 | $ (10,886,469) | $ (1,364,786) |
| 3876 Saxonburg Boulevard Propco, LLC | $ 732,554 | $ (959,560) | $ (227,006) | $ 728,252 | $ (965,149) | $ (236,897) |
| North Strabane Rehabilitation and Wellness Center, LLC | $ 5,821,125 | $ (7,999,355) | $ (2,178,230) | $ 5,875,351 | $ (7,334,814) | $ (1,459,463) |
| 100 Tandem Village Road Propco, LLC | $ 219,505 | $ (593,728) | $ (374,223) | $ 212,429 | $ (557,363) | $ (344,935) |
| Maybrook-C Briarcliff Opco, LLC | $ 11,133,733 | $ (14,314,867) | $ (3,181,135) | $ 11,997,748 | $ (12,128,765) | $ (131,017) |
| Maybrook-C Briarcliff Propco, LLC | $ 1,370,000 | $ (1,044,114) | $ 325,886 | $ 1,370,000 | $ (854,260) | $ 515,740 |
| Maybrook-C Evergreen Opco, LLC | $ 9,106,789 | $ (11,099,461) | $ (1,992,672) | $ 10,005,662 | $ (10,370,191) | $ (364,529) |
| Maybrook-C Evergreen Propco, LLC | $ 1,470,000 | $ (1,575,016) | $ (105,016) | $ 1,470,000 | $ (1,238,973) | $ 231,027 |
| Maybrook-C Kade Opco, LLC | $ 776,591 | $ (573,184) | $ 203,408 | $ 736,161 | $ (447,488) | $ 288,672 |
| Maybrook-C Kade Propco, LLC | $ 6,781,630 | $ (8,100,901) | $ (1,319,271) | $ 6,283,256 | $ (7,368,090) | $ (1,084,834) |
| Maybrook-C Latrobe Opco, LLC | $ 7,828,378 | $ (9,338,384) | $ (1,510,006) | $ 9,086,129 | $ (8,637,637) | $ 448,493 |
| Maybrook-C Latrobe Propco, LLC | $ 1,080,000 | $ (951,324) | $ 128,676 | $ 1,080,000 | $ (744,980) | $ 335,020 |
| Maybrook-C Overlook Opco, LLC | $ 6,945,086 | $ (10,343,649) | $ (3,398,563) | $ 8,030,234 | $ (9,761,695) | $ (1,731,460) |
| Maybrook-C Overlook Propco, LLC | $ 660,000 | $ (789,340) | $ (129,340) | $ 660,000 | $ (606,648) | $ 53,352 |
| Maybrook-C Silver Oaks Opco, LLC | $ 5,633,422 | $ (6,772,932) | $ (1,139,510) | $ 5,818,441 | $ (6,246,439) | $ (427,997) |
| Maybrook-C Silver Oaks Propco, LLC | $ 390,000 | $ (487,162) | $ (97,162) | $ 390,000 | $ (373,210) | $ 16,790 |
| Maybrook-C Whitecliff Opco, LLC | $ 8,555,088 | $ (11,393,398) | $ (2,838,310) | $ 9,435,144 | $ (11,223,236) | $ (1,788,092) |
| Maybrook-C Whitecliff Propco, LLC | $ 1,610,000 | $ (1,664,770) | $ (54,770) | $ 1,610,000 | $ (1,310,710) | $ 299,290 |