**<u>EXHIBIT 5</u>**

Accounts Receivables as of March 31, 2024

| AR Aging as of 3/31/24 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor** | **1-30 days** | **31-60 days** | **61-90 days** | **91-120 days** | **121-150 days** | **151-180 days** | **181-365 days** | **1-2 years** | **2+ years** | **Total** |
| Maybrook-C Whitecliff Opco, LLC | 631,591 | 278,392 | 222,488 | 125,346 | 86,792 | 58,439 | 504,331 | 318,158 | 398,824 | 2,624,362 |
| Maybrook -C Evergreen Opco, LLC | 734,368 | 252,896 | 166,079 | 161,362 | 114,490 | 77,198 | 418,330 | 213,932 | 366,710 | 2,505,365 |
| Maybrook -C Briarcliff Opco, LLC | 831,641 | 261,397 | 158,023 | 111,568 | 97,400 | 97,080 | 555,843 | 782,036 | 781,182 | 3,676,171 |
| Maybrook -C Latrobe Opco, LLC | 583,709 | 109,656 | 38,042 | 26,504 | 34,629 | 15,107 | 118,077 | 161,923 | 147,693 | 1,235,339 |
| Maybrook -C Silver Oaks Opco, LLC | 417,274 | 41,650 | 35,848 | 20,868 | 15,049 | 17,144 | 52,258 | 109,700 | 199,832 | 909,623 |
| Maybrook -C Overlook Opco, LLC | 508,797 | 243,664 | 77,345 | 43,118 | 16,034 | 26,490 | 19,774 | 26,618 | 22,212 | 984,054 |
| Maybrook -C Kade Opco, LLC | 469,767 | 47,371 | 68,659 | 10,163 | 49,268 | 44,556 | 186,819 | 127,070 | 270,940 | 1,274,612 |
| **Total Groves** | **4,177,147** | **1,235,026** | **766,485** | **498,930** | **413,662** | **336,015** | **1,855,432** | **1,739,437** | **2,187,393** | **13,209,525** |
| Cheswick Rehabilitation and Wellness Center, LLC | 702,569 | 234,838 | 184,255 | 98,738 | 85,019 | 87,481 | 481,684 | 612,405 | 1,084,091 | 3,571,081 |
| North Strabane Rehabilitation and Wellness Center, LLC | 421,345 | 96,252 | 53,610 | 22,691 | 23,763 | 39,851 | 308,460 | 175,618 | 461,358 | 1,602,947 |
| **Total Consulate** | **1,123,914** | **331,090** | **237,865** | **121,428** | **108,782** | **127,332** | **790,144** | **788,023** | **1,545,449** | **5,174,028** |
| Monroeville Operations, LLC | 689,292 | 318,816 | 225,293 | 144,927 | 155,089 | 138,440 | 692,536 | 971,427 | 1,832,617 | 5,168,438 |
| Mt. Lebanon Operations, LLC | 647,729 | 186,621 | 198,176 | 137,759 | 123,860 | 132,628 | 565,657 | 667,076 | 721,846 | 3,381,353 |
| Murrysville Operations, LLC | 695,698 | 169,520 | 140,509 | 30,982 | 24,766 | 4,325 | 19,294 | 154,011 | 390,243 | 1,629,349 |
| South Hills Operations LLC | 639,820 | 255,171 | 175,459 | 112,400 | 89,573 | 81,678 | 393,398 | 543,638 | 564,803 | 2,855,941 |
| **Total Cuarzo** | **2,672,539** | **930,129** | **739,437** | **426,067** | **393,289** | **357,071** | **1,670,886** | **2,336,153** | **3,509,509** | **13,035,080** |
| **Total Debtors** | **7,973,600** | **2,496,245** | **1,743,787** | **1,046,426** | **915,732** | **820,418** | **4,316,461** | **4,863,614** | **7,242,351** | **31,418,633** |