## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, *et al.,*[2] | Chapter 11 *Joint Administration Requested* |
| Debtors. | |
| | Doc. No.: |
| GPH CANONSBURG LP, GPH MONROVILLE LP, GPH MURRYSVILLE LP, GPH MT. LEBANON LP, | Related to Doc. No.: |
| | Hearing Date: |
| | Hearing Time: |
| Movants, | |
| -vs - | |
| NO RESPONDENTS. | |

### ORDER OF COURT

AND NOW, the ___ day of _____ 2024, upon consideration of the Motion for Pro Hac Vice Admission filed on behalf of Andrew V. Layden, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** and that Andrew V. Layden, is admitted to pro hac vice for GPH Canonsburg LP, GPH Monroeville LP, GPH Murrysville LP and GPH Mt. Lebanon LP in these bankruptcy cases.

BY THE COURT:

_____
The Honorable Carlota M. Bohm
United States Bankruptcy Court

---

[2]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.