## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SOUTH HILLS OPERATIONS, LLC, *et al.,*[1]<br><br>        Debtors. | Case No.: 24-21217-CMB<br><br>Chapter 11<br>*Joint Administration Requested* |
| GPH CANONSBURG LP, GPH MONROVILLE LP, GPH MURRYSVILLE LP, GPH MT. LEBANON LP,<br><br><br><br>        Movants,<br><br>    -vs -<br><br>NO RESPONDENTS. | Doc. No.:<br><br>Related to Doc. No.:<br><br>Hearing Date:<br><br>Hearing Time: |

### MOTION FOR *PRO HAC VICE* ADMISSION

1.     This motion for admission *pro hac vice* is being filed on behalf of: Danielle L. Merola, Baker & Hostetler LLP, 200 South Orange Avenue, Suite 2300, Orlando, FL 32801, 407-649-4000, dmerola@bakerlaw.com, Florida Bar No. 120120, by Robert E. Bittner.

2.     Applicant represents GPH Canonsburg LP, GPH Monroeville LP, GPH Murrysville LP and GPH Mt. Lebanon LP. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3.     Applicant is a member in good standing of the Bar of Florida, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania: Robert E. Bittner, Baker & Hostetler LLP, who primarily works in his home office at 102 Dalliance Ct., Cranberry Twp., PA 16066, 724-272-7530, rbittner@bakerlaw.com, Pennsylvania Bar No. 78480.

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has not previously received *Pro Hac Vice* admission to this Court.

Date: May 17, 2024

By*:/s/ Robert Bittner*
Signature of Movant

Robert Bittner
Typed Name

102 Dalliance Ct.,
Cranberry Twp., PA 16066
-and-
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Address

724-272-7530
Phone No.

Pennsylvania Bar. No. 78480
List Bar I.D. and State of Admission

4888-2771-1422.1