# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 5/22/2024 |
| Case: 24−21217−CMB | Form ID: pdf900 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| aty | Alfonso Cuen | alfonso.cuen@bassberry.com |
| aty | Benjamin A Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Daniel R. Schimizzi | dschimizzi@whitefordlaw.com |
| aty | Daniel R. Schimizzi | dschimizzi@wtplaw.com |
| aty | Glenn B. Rose | grose@bassberry.com |
| aty | Kate Bradley | kate.m.bradley@usdoj.gov |
| aty | Michael J. Roeschenthaler | mroeschenthaler@wtplaw.com |
| aty | William M. Buchanan | william.buchanan@usdoj.gov |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | South Hills Operations, LLC | 485 Lexington Avenue    10th Floor    New York, NY 10017 |
| aty | Thomas J. Francella | Whiteford, Taylor, & Preston LLC    600 North King Street    Suite 300    Wilmington, DE 19801 |

TOTAL: 2