# Notice Recipients

District/Off: 0315-2  
Case: 24-21217-CMB  
User: auto  
Form ID: pdf900  
Date Created: 5/22/2024  
Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| aty | Alfonso Cuen | alfonso.cuen@bassberry.com |
| aty | Benjamin A Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Daniel R. Schimizzi | dschimizzi@whitefordlaw.com |
| aty | Daniel R. Schimizzi | dschimizzi@wtplaw.com |
| aty | Glenn B. Rose | grose@bassberry.com |
| aty | Kate Bradley | kate.m.bradley@usdoj.gov |
| aty | Michael J. Roeschenthaler | mroeschenthaler@wtplaw.com |
| aty | William M. Buchanan | william.buchanan@usdoj.gov |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | South Hills Operations, LLC | 485 Lexington Avenue   10th Floor   New York, NY 10017 |
| aty | Thomas J. Francella | Whiteford, Taylor, & Preston LLC   600 North King Street   Suite 300   Wilmington, DE 19801 |

TOTAL: 2