FILED
5/22/24 5:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, et al.,[1]<br>Debtors. | Chapter 11<br>*Jointly Administered* |
| | Related to Docket No. 57-67 |
| | Next-Day Transcript (Daily) |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Tina Moss, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    May 21, 2024.

The transcript is being prepared by J&J Court Transcribers, Inc. The estimated completion for this transcript is May 24, 2024.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 5/22/2024      By: /s/ Hayley Smith
    ECRO

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

#61-M