IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                       )
                                             )   Chapter 11
SOUTH HILLS OPERATIONS, LLC, et al.,         )   Joint Administration Requested
                                             )
        Debtors.[1]                          )   Case No. 24-21217-CMB
                                             )   Related to Doc. No. 13

ORDER GRANTING PRO HAC VICE ADMISSION

AND NOW, this 20th day of May, 2024, upon consideration of the Motion for Pro Hac Vice Admission filed on behalf of Elizabeth Boydston, Esquire, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED and that Elizabeth Boydston, Esquire is admitted pro hac vice for CIBC Bank USA in these bankruptcy cases.

BY THE COURT:

FILED
5/20/24 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Court Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); MaybrookC Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

{C1307125.1 }

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21217-CMB |
| South Hills Operations, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 20, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | South Hills Operations, LLC, 485 Lexington Avenue, 10th Floor, New York, NY 10017-2619 |
| aty | + | Elizabeth Boydston, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231-2264 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 22, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. Schimizzi | on behalf of Debtor Maybrook-C Briarcliff Opco LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | on behalf of Debtor Murrysville Operations LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com |
| Daniel R. Schimizzi | on behalf of Debtor 100 Tandem Village Road Propco LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | on behalf of Debtor Maybrook-C Latrobe Opco LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | on behalf of Debtor North Strabane Rehabilitation and Wellness Center LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |

Case 24-21217-CMB    Doc 105    Filed 05/22/24    Entered 05/23/24 00:28:14    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: pdf900 | Total Noticed: 2 |

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Silver Oaks Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor 3876 Saxonburg Boulevard Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Whitecliff Opco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Cheswick Rehabilitation and Wellness Center LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Whitecliff Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor South Hills Operations LLC dschimizzi@wtplaw.com,
    LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com

Daniel R. Schimizzi
    on behalf of Debtor Monroeville Operations LLC dschimizzi@wtplaw.com,
    LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Evergreen Opco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Briarcliff Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Overlook Opco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Kade Opco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Evergreen Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Mt. Lebanon Operations LLC dschimizzi@wtplaw.com,
    LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Overlook Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Kade Propco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Silver Oaks Opco LLC dschimizzi@whitefordlaw.com

Daniel R. Schimizzi
    on behalf of Debtor Maybrook-C Latrobe Propco LLC dschimizzi@whitefordlaw.com

Jeanne S. Lofgren
    on behalf of Creditor CIBC Bank USA jlofgren@camlev.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Edward Bittner
    on behalf of Creditor GPH Murrysville LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Canonsburg LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Mt. Lebanon LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Monroeville LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

William M. Buchanan
    on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov
    williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 30