IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Case No.: 24-21217-CMB** |
| **SOUTH HILLS OPERATIONS, LLC,** *et al.,*[2] | **Chapter 11** *Joint Administration Requested* |
| Debtors. | **Doc. No.:** |
| **SOUTH HILLS OPERATIONS, LLC,** *et al.,* | **Related to Document No.**  49 |
| Movant, | **Hearing Date:** |
| -vs - | **Hearing Time:** |
| **NO RESPONDENTS.** | **Response Deadline:** |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

AND NOW, the __21st__ day of May 2024, upon consideration of the Motion for *Pro Hac Vice Admission* of Glenn B. Rose, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** and Glenn B. Rose is admitted *pro hac vice* for the above-captioned Debtors in these bankruptcy cases.

---

[2]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Prepared by: /s/ Daniel R. Schimizzi
Daniel R. Schimizzi, Proposed Local Counsel to the Debtors

BY THE COURT:

Date:  May 21            , 2024
    Pittsburgh, PA

Honorable Carlota M. Böhm
United States Bankruptcy Court

dmr

FILED
5/21/24 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21217-CMB |
| South Hills Operations, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | South Hills Operations, LLC, 485 Lexington Avenue, 10th Floor, New York, NY 10017-2619 |
| aty | + | Glenn B. Rose, Bass, Berry & Sims PLC, 150 Third Avenue S., Suite 2800, Nashville, TN 37201-2017 |
| aty | + | Thomas J. Francella, Whiteford, Taylor, & Preston LLC, 600 North King Street, Suite 300, Wilmington, DE 19801-3776 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew V. Layden | on behalf of Creditor GPH Monroeville LP alayden@bakerlaw.com |
| Andrew V. Layden | on behalf of Creditor GPH Murrysville LP alayden@bakerlaw.com |
| Andrew V. Layden | on behalf of Creditor GPH Mt. Lebanon LP alayden@bakerlaw.com |
| Andrew V. Layden | on behalf of Creditor GPH Canonsburg LP alayden@bakerlaw.com |
| Benjamin A Hackman | on behalf of U.S. Trustee Office of the United States Trustee benjamin.a.hackman@usdoj.gov |
| Daniel R. Schimizzi | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Debtor North Strabane Rehabilitation and Wellness Center  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Silver Oaks Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Whitecliff Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Whitecliff Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Briarcliff Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Kade Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Evergreen Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Kade Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Silver Oaks Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Latrobe Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Briarcliff Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Murrysville Operations  LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor 100 Tandem Village Road Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Latrobe Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor 3876 Saxonburg Boulevard Propco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Cheswick Rehabilitation and Wellness Center  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor South Hills Operations  LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Monroeville Operations  LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Evergreen Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Overlook Opco  LLC dschimizzi@whitefordlaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Mt. Lebanon Operations  LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com;daniel-schimizzi-1592@ecf.pacerpro.com |
| Daniel R. Schimizzi | |
| | on behalf of Debtor Maybrook-C Overlook Propco  LLC dschimizzi@whitefordlaw.com |
| Danielle L. Merola | |
| | on behalf of Creditor GPH Murrysville LP dmerola@bakerlaw.com |
| Danielle L. Merola | |
| | on behalf of Creditor GPH Mt. Lebanon LP dmerola@bakerlaw.com |
| Danielle L. Merola | |
| | on behalf of Creditor GPH Canonsburg LP dmerola@bakerlaw.com |
| Danielle L. Merola | |
| | on behalf of Creditor GPH Monroeville LP dmerola@bakerlaw.com |
| Elizabeth A. Green | |
| | on behalf of Creditor GPH Canonsburg LP egreen@bakerlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 3 |

Elizabeth A. Green
    on behalf of Creditor GPH Mt. Lebanon LP egreen@bakerlaw.com

Elizabeth A. Green
    on behalf of Creditor GPH Monroeville LP egreen@bakerlaw.com

Elizabeth A. Green
    on behalf of Creditor GPH Murrysville LP egreen@bakerlaw.com

Jeanne S. Lofgren
    on behalf of Creditor CIBC Bank USA jlofgren@camlev.com

John B. Joyce
    on behalf of Interested Party Kadima Healthcare Group Inc. jjoyce@grenenbirsic.com, alentz@grenenbirsic.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Kyle T. McGee
    on behalf of Creditor ReadyShift Staffing kmcgee@margolisedelstein.com dstanis@margolisedelstein.com

Michael J. Roeschenthaler
    on behalf of Debtor South Hills Operations LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Edward Bittner
    on behalf of Creditor GPH Murrysville LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Canonsburg LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Mt. Lebanon LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

Robert Edward Bittner
    on behalf of Creditor GPH Monroeville LP rbittner@bakerlaw.com orlbankruptcy@bakerlaw.com

William M. Buchanan
    on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 46