# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 24-21217-CMB |
| SOUTH HILLS OPERATIONS, LLC, *et al.*, | Chapter 11 *Jointly Administered* |
| Debtors. | |
| DONNA LOGUE, | **LIMITED OBJECTION OF DONNA LOGUE TO CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT (Docket No. 1473)** |
| Movant, | |
| vs. | |
| MAYBROOK-C BRIARCLIFF OPCO, LLC d/b/a THE GROVE AT IRWIN, | Filed on behalf of Movant: Donna Logue |
| Respondent. | Counsel of Record for this Party: CHAFFIN LUHANA LLP<br>615 Iron City Drive<br>Pittsburgh. PA 15205<br>(888) 480-11 23<br>Justin Joseph, Esq. (PA Bar #311145)<br>Eric Chaffi n. Esq. (PA Bar #78725)<br>Patrick Booth, Esq. (PA Bar #202200)<br>Andrew T. Flenner. Esq. (PA Bar #307032) |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>SOUTH HILLS OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 24-21217-CMB<br><br>Chapter 11<br>*Jointly Administered*<br><br>Doc. No.: |
| DONNA LOGUE,<br><br>    Movant,<br><br>vs.<br><br>MAYBROOK-C BRIARCLIFF OPCO, LLC d/b/a THE GROVE AT IRWIN,<br><br>    Respondent. | Related to Document No.:<br><br>Hearing Date: August 18, 2025<br><br>Hearing Time: 4:00 PM |

**<u>LIMITED OBJECTION OF DONNA LOGUE TO CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT (Docket No. 1473)</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Filed on behalf of: Donna Logue
Counsel of Record: Andrew T. Flenner, Esq.
PA I.D. No.: 307032
Firm: Chaffin Luhana, LLP.
Address: 615 Iron Cirt Drive, Pittsburgh, PA 15205
Telephone Number: 888-480-123
Email Address: flenner@chaffinluhana.com

## **LIMITED OBJECTION**

NOW COMES Donna Logue ("Claimant"), by and through undersigned counsel, and files this Limited Objection to the Combined Plan and Disclosure Statement of Liquidation of South Hills Operations, LLC, et al. (Dkt. No. 1473) (the "Plan"), and in support thereof avers as follows:

1. Claimant has filed a personal injury claim arising from a slip-and-fall incident that occurred at one of the Debtors' nursing home facilities, resulting in a serious fracture to her leg. Claimant's action is presently stayed under 11 U.S.C. § 362, but a motion for relief from the automatic stay is pending based upon the existence of available insurance coverage applicable to her claim. The Motion for Relief is to be heard at the omnibus hearing on August 12, 2025.

2. Claimant files this limited objection to ensure her rights are not inadvertently released, enjoined, or otherwise impaired by confirmation of the Plan.

3. Claimant does not object to the general structure of the plan, but objects to any provision of the Plan, including but not limited to Section 17, to the extent that such provision:

    a. Purports to discharge or release the Debtors, non-debtor third parties, or insurers from liability to Claimant;

    b. Imposes an injunction that would preclude Claimant from prosecuting her pending tort

action, should the Court grant relief from the stay, subject to the limits of available insurance;

c. Bars recovery against available insurance proceeds applicable to her claim;

d. Subjects Claimant to any nonconsensual third-party releases or exculpations without a clear and express carve-out preserving her insurance rights.

4. Claimant respectfully requests that the Court include in any Confirmation Order language expressly preserving the rights of tort claimants to pursue insurance coverage or third-party claims to the extent permitted under applicable non-bankruptcy law, including:

    a. Clarification that the Plan does not discharge or impair any independent claims against insurers;

    b. A finding that confirmation does not prohibit prosecution of claims where stay relief has been or may be granted;

    c. A limitation of any exculpation or injunction provisions to apply only to estate property and not to prevent pursuit of non-estate rights.

5. Claimant reserves all rights to supplement, amend, or withdraw this Limited Objection and to raise additional arguments at or prior to the confirmation hearing.

WHEREFORE, Claimant respectfully requests that the Court:

    1. Deny confirmation of the Combined Plan and Disclosure Statement unless modified to preserve Claimant's rights as stated herein;

    2. Include express language in the Confirmation Order that protects Claimant's

right to pursue insurance proceeds or non-debtor claims; and

3. Grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

BY: */s/ Andrew T. Flenner*
Andrew T. Flenner, Esq,
Attorney for Claimant
PA I.D. #: 307032

Chaffin Luhana, LLP.
615 Iron City Drive
Pittsburgh, PA 15205
Tel: (888) 480-1123

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Relief from Stay was served this 25th day of June 2025 (a) via CM/ECF on all parties registered to receive electronic notice, including counsel for the Debtors, the Office of the United States Trustee, and counsel to the Official Committee of Unsecured Creditors; and (b) via electronic mail on the parties listed on the Master Service List maintained by Omni Agent Solutions in accordance with ¶ 19 of the Court's Case- Management Order (Doc. 72):

Kate Bradley, Esq.
kate.m.bradley@usdoj.gov
Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

U.S. Trustee
Daniel R. Schimizzi, Esq.
dschimizzi@whitefordlaw.com
Whiteford, Taylor & Preston, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Bankruptcy Attorney for Debtor

David W. Ross
dross@bernsteinlaw.com
Bernstein-Burkley, P.C.
601 Grant Street, 9th
Floor Pittsburgh, PA 15219
Attorney for Creditor Committee

BY: */s/ Andrew T. Flenner*
Andrew T. Flenner, Esquire
Attorney for Claimant
PA I.D. #: 307032
Chaffin Luhana, LLP.
615 Iron City Drive
Pittsburgh, PA 15205

Tele # (888) 480-1123
flenner@chaffinluhana.com