**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | **Case No.: 24-21217-CMB** |
| **SOUTH HILLS OPERATIONS, LLC,** *et al.,*[1] | **Chapter 11**<br>*Jointly Administered* |
| **Debtors.** | **Doc. No.:** |
| *Maybrook-C Whitecliff Opco, LLC,* | **Case No.: 24-10271-CMB** |

**SUBMISSION OF CERTAIN FINANCIAL DATA FOR DEBTOR MAYBROOK-C
WHITECLIFF OPCO, LLC FOR MONTH OF AUGUST 2025**

The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned

chapter 11 cases (the "Chapter 11 Cases"), by and through their counsel, hereby submit certain

financial information regarding the Debtor Maybrook-C Whitecliff Opco, LLC for the month of

August 2025.

**RECEIPTS AND DISBURSEMENTS**

| | Current Month | Cumulative |
|---|---|---|
| Cash balance beginning of month | -$210,238 | |

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

|  | Current Month | Cumulative |
|---|---|---|
| Total receipts (net of transfers between accounts) | $40,649 | $7,088,971 |
| Total disbursements (net of transfers between accounts) | $178,633 | $7,464,636 |
| Cash balance at end of month | -$348,222 | |
| Disbursements made by third-party for benefit of the estate | | |
| Total disbursements for quarterly fee calculation | $178,633 | $7,464,636 |

Redacted bank statements are attached hereto. Note that starting cash balance was derived from accrual-based accounting used for the December monthly operating report, but monthly receipts and disbursements are shown on a cash basis.

As of August 31, 2025, the Debtor had a total of $166,599.47 in its bank accounts. A portion of these funds are for payment of services rendered by the new operator after the closing of the sale of all of the Debtor's assets, which occurred on November 1, 2024. The debtor and the new operator periodically reconcile the amounts owed, which are then paid to the new operator.

## ASSETS

All of the Debtor's tangible assets have been sold, and the Debtor has no employees. The Debtor's only remaining assets are cash and accounts receivable. Per a report generated September 12, 2025, the Debtor's gross accounts receivable totaled $2,270,337.69. All accounts are over 90 days old, and Debtor cannot estimate how much will be collected on these outstanding receivables. Also, some recent collections may not yet be credited against the outstanding receivables.

## POST-PETITION LIABILITIES

By Order entered January 15, 2025 [Docket No 1085], this Court set February 28, 2025 as the deadline for the filing of unpaid administrative claims that accrued prior to January 15, 2025. The filed claims are available for review at Omni's website, https://omniagentsolutions.com/SouthHills [omniagentsoulutions.com]. Since January 15, 2025, the only liabilities that continue to accrue are for the continuing use of accounting software, amounts owed to the United States for quarterly fees, continuing services provided by CHMS Group and on-going professional fees. The Debtor believes it is current on all post-petition employment related taxes, other than $4,529 owed for state and federal unemployment taxes.

## PROFESSIONAL FEES AND EXPENSES

|  | Paid Current Month | Paid Cumulative |
|---|---|---|
| Professional Fees and Expenses Aggregate Total |  | $296,481 |
| *Itemized Breakdown by Firm* |  |  |
| Ankura Consulting Group, LLC - financial consultants to Debtors |  | $154,918 |
| Bass, Berry & Sims PLC – Debtors' lead counsel |  | $35,695 |
| Bernstein-Burkley, PC - counsel to committee |  | $15,077 |
| Omni Agent Solutions, Inc. |  | $15,779 |
| Province, LLC - financial advisors to committee |  | $6,255 |
| Raines Feldman Littrell LLP – Debtors' current local counsel |  | $37,478 |
| Whiteford, Taylor & Preston LLP – Debtors' initial local counsel |  | $31,279 |

## **MISCELLANEOUS**

During this reporting period, no payments were made on prepetition debt, outside of the course of business or to any insider. Because the Debtors have no on-going operations, the Debtor has no continuing worker's compensation, casualty or liability insurance for new claims.  The Official Committee of Unsecured Creditors filed a Combined Plan and Disclosure Statement of Liquidation dated June 13, 2025 [Docket No. 1473] that was confirmed by Order of the Court dated August 22, 2025 [Docket No. 1572].  Quarterly fees through the first quarter of 2025 have been paid.

Dated  September 25, 2025
          Pittsburgh, Pennsylvania

Respectfully submitted,

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi (PA ID No. 311869)
Michael J. Roeschenthaler (PA ID No. 87647)
Mark A. Lindsay (PA ID No. 89487)
Sarah E. Wenrich (PA ID No. 325834)
**RAINES FELDMAN LITTRELL, LLP**
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-899-6460
Email: dschimizzi@raineslaw.com
mroeschenthaler@raineslaw.com
mlindsay@raineslaw.com
swenrich@raineslaw.com

*Local Counsel to the Debtors and
Debtors in Possession*

*-AND-*

Glenn B. Rose (*pro hac vice*)
Alfonso Cuen (*pro hac vice*)
**BASS, BERRY & SIMS PLC**
21 Platform Way, Suite 3500
Nashville, TN 37203
Telephone (615) 742-6200
Facsimile (615) 742-6293
grose@bassberry.com
alfonso.cuen@bassberry.com

*Counsel to the Debtors and
Debtors in Possession*

# CIBC ◆

**MEMBER FDIC**    ⌂ **EQUAL HOUSING LENDER**

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

Last Statement:        July 31, 2025
Statement Ending:      August 31, 2025
Total Days in Statement Period:      31

Page 1 of 2

MAYBROOK C WHITECLIFF OPCO LLC
THE GROVE AT GREENVILLE
OPERATING ACCOUNT
1800 ROCKAWAY AVE SUITE 200
HEWLETT NY 11557-1668

## Customer Service Information

 **For Personal Assistance, Call:**
312 564-2000
ALLYSON BEE

 **Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

## BUSINESS CHECKING                                    Account Number: ▇▇▇2241

## Balance Summary

| | | |
|---|---:|---:|
| **Beginning Balance as of 07/31/25** | $ | **210,419.37** |
| + Deposits and Credits (8) | | 27,765.22 |
| - Withdrawals and Debits (3) | | 207,217.43 |
| **Ending Balance as of 08/31/25** | $ | **30,967.16** |
| Average Balance | $ | 16,693.01 |
| Low Balance | $ | 3,824.71 |

## Debits

| Date | Description | Subtractions |
|---|---|---:|
| 07/31 | IFMS Transfer Debit | 28,584.00 |
| | TRANSFER TODEPOSIT ACCOUNT▇▇▇6962 | |
| 07/31 | Term-outgoing Wt/Dom | 178,010.66 |
| | 3598047121KADIMA REHABILITAT | |
| | 071006486EMAIL ON 7/31 | |
| 08/20 | ACH Return Item | 622.77 |
| | RETURN SETTLE  AACH RTN - R01REGINA PLUMMER | |
| | 6772ORIGINAL ENTRYEFF DATE = 250818 | |

## Credits

| Date | Description | Additions |
|---|---|---:|
| 08/05 | Preauthorized Credit | 7,056.35 |
| | DEVOTED HEALTH IHCCLAIMPMT68094*1863037982\ | |
| 08/06 | Preauthorized Credit | 264.92 |
| | UNITEDHEALTHCAREHCCLAIMPMTT7069505*141128924 5*000087726\ | |
| 08/18 | Preauthorized Credit | 622.77 |
| | WHITECLIFF OPACH250818 | |
| 08/19 | Preauthorized Credit | 11,310.00 |
| | AETNA AS01HCCLAIMPMT882522501015784*10 66033492\ | |
| 08/20 | Preauthorized Credit | 2,594.94 |
| | AETNA AS01HCCLAIMPMT882522601015821*10 66033492\ | |
| 08/20 | Preauthorized Credit | 365.96 |
| | AETNA AS01HCCLAIMPMT882522701015668*10 66033492\ | |

*Thank you for banking with CIBC*

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement.<br>**If you find an error, immediately call or write us at the phone number and address on this statement.** |
|---|---|

### THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE**
Shown on this statement                                   $ _____

**ADD (+)**
Deposits and other credits made but
not shown on this statement                          $ _____

**TOTAL**                                                          $ _____

**SUBTRACT (-)**
Total of checks outstanding                          $ _____

**BALANCE**                                                    $ _____

Current Checkbook Balance                         $ _____

**ADD (+)**                                                      $ _____
Interest earned from this statement

**SUBTRACT (-)**                                            $ _____
Miscellaneous charges from this
statement

**NEW CHECKBOOK BALANCE**             $ _____
Should agree with **BALANCE** line

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



### GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603



120 S. LaSalle Street
Chicago, IL 60603

MAYBROOK C WHITECLIFF OPCO LLC
Statement Ending:      August 31, 2025

Page 2 of 2

## BUSINESS CHECKING  (continued)                    Account Number: ███2241

### Credits (continued)

| Date | Description | Additions |
|------|-------------|-----------|
| 08/26 | Preauthorized Credit | 350.28 |
|  | AETNA AS01HCCLAIMPMT882523201022162*10 |  |
|  | 66033492\ |  |
| 08/29 | Preauthorized Credit | 5,200.00 |
|  | AETNA AS01HCCLAIMPMT825238000030634*10 |  |
|  | 66033492\ |  |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/31 | 3,824.71 | 08/18 | 11,768.75 | 08/26 | 25,767.16 |
| 08/05 | 10,881.06 | 08/19 | 23,078.75 | 08/29 | 30,967.16 |
| 08/06 | 11,145.98 | 08/20 | 25,416.88 | 08/31 | 30,967.16 |

### Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|-------------|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |



120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

MEMBER **FDIC**   EQUAL HOUSING LENDER

Last Statement:        July 31, 2025
Statement Ending:    August 31, 2025
Total Days in Statement Period:      31

Page 1 of 2

MAYBROOK C WHITECLIFF OPCO LLC
THE GROVE AT GREENVILLE
MEDICARE AND MEDICAID ACCOUNT
1800 ROCKAWAY AVE SUITE 200
HEWLETT NY 11557-1668

## Customer Service Information

 **For Personal Assistance, Call:**
312 564-2000
ALLYSON BEE

**Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

## BUSINESS CHECKING

Account Number: ████4459

### Balance Summary

| | | |
|---|---:|---:|
| **Beginning Balance as of 07/31/25** | $ | **131,599.20** |
| + Deposits and Credits (3) | | 12,883.85 |
| - Withdrawals and Debits (1) | | 10,019.00 |
| **Ending Balance as of 08/31/25** | **$** | **134,464.05** |
| Average Balance | $ | 126,910.34 |
| Low Balance | $ | 121,580.20 |

### Debits

| Date | Description | Subtractions |
|---|---|---:|
| 07/31 | IFMS Transfer Debit | 10,019.00 |
| | TRANSFER TODEPOSIT ACCOUNT████6962 | |

### Credits

| Date | Description | Additions |
|---|---|---:|
| 08/06 | Preauthorized Credit | 4,016.56 |
| | NOVITAS SOLUTIONHCCLAIMPMTEFT5761265*1205296 137*000012001\ | |
| 08/25 | Preauthorized Credit | 8,233.69 |
| | NOVITAS SOLUTIONHCCLAIMPMTEFT5774553*1205296 137*000012001\ | |
| 08/27 | Preauthorized Credit | 633.60 |
| | COMM of PAPROMISE MATRN*1*519575070000 99*1236003113\ | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 07/31 | 121,580.20 | 08/25 | 133,830.45 | 08/31 | 134,464.05 |
| 08/06 | 125,596.76 | 08/27 | 134,464.05 | | |

*Thank you for banking with CIBC*

00035266 00152462 0001 0001 0002 T12105STD08302504080 04

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. **If you find an error, immediately call or write us at the phone number and address on this statement.** |
|---|---|

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE**
Shown on this statement
$ _____

**ADD (+)**
Deposits and other credits made but not shown on this statement
$ _____

**TOTAL**
$ _____

**SUBTRACT (-)**
Total of checks outstanding
$ _____

**BALANCE**
$ _____

Current Checkbook Balance
$ _____

**ADD (+)**
Interest earned from this statement
$ _____

**SUBTRACT (-)**
Miscellaneous charges from this statement
$ _____

**NEW CHECKBOOK BALANCE**
Should agree with **BALANCE** line
$ _____

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



### GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

00035266 00152463 0000 0002 T12105STD08302504080 04



120 S. LaSalle Street
Chicago, IL 60603

MAYBROOK C WHITECLIFF OPCO LLC
Statement Ending:     August 31, 2025

Page 2 of 2

## BUSINESS CHECKING  (continued)

Account Number:  ████ 4459

### Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |



MEMBER
**FDIC**    EQUAL HOUSING
LENDER

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

Last Statement:         July 31, 2025
Statement Ending:    August 31, 2025
Total Days in Statement Period:     31

Page 1 of 1

MAYBROOK C WHITECLIFF OPCO LLC
CLEARING ACCOUNT
1800 ROCKAWAY AVE SUITE 200
HEWLETT NY 11557-1668

## Customer Service Information

**For Personal Assistance, Call:**
312 564-2000
ALLYSON BEE

**Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

## BUSINESS CHECKING

**Account Number:** ████5712

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 07/31/25** | $ | **1,168.26** |
| + Deposits and Credits (0) | | 0.00 |
| - Withdrawals and Debits (0) | | 0.00 |
| **Ending Balance as of 08/31/25** | **$** | **1,168.26** |
| Average Balance | $ | 1,168.26 |
| Low Balance | $ | 1,168.26 |

**\*\* No activity this statement period \*\***

### Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |

*Thank you for banking with CIBC*

| **Keeping Good Records** | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. **If you find an error, immediately call or write us at the phone number and address on this statement.** |
|---|---|

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE**
Shown on this statement                                 $ _____

**ADD (+)**
Deposits and other credits made but
not shown on this statement                            $_____

                                          **TOTAL**   $_____

**SUBTRACT (-)**
Total of checks outstanding                            $_____

**BALANCE**                                            $_____

Current Checkbook Balance                              $_____

**ADD (+)**
Interest earned from this statement                    $_____

**SUBTRACT (-)**
Miscellaneous charges from this
statement                                              $_____

**NEW CHECKBOOK BALANCE**                              $_____
Should agree with **BALANCE** line

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1.  Provide your name and account number.
2.  Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

---

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



### GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

00033908 00144594 0000 0001 T12105STD08302504080 03



MEMBER **FDIC** | EQUAL HOUSING LENDER

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

Last Statement:           July 31, 2025
Statement Ending:     August 31, 2025
Total Days in Statement Period:     31

Page 1 of 1

MAYBROOK C WHITECLIFF OPCO LLC
THE GROVE AT GREENVILLE
PAYROLL ACCOUNT
1800 ROCKAWAY AVE SUITE 200
HEWLETT NY 11557-1668

### Customer Service Information

 **For Personal Assistance, Call:**
312 564-2000
ALLYSON BEE

 **Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

---

## BUSINESS CHECKING                                    Account Number: ███ 8496

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 07/31/25** | $ | **0.00** |
| + Deposits and Credits (0) | | 0.00 |
| - Withdrawals and Debits (0) | | 0.00 |
| **Ending Balance as of 08/31/25** | **$** | **0.00** |
| Average Balance | $ | 0.00 |
| Low Balance | $ | 0.00 |

---

**\*\* No activity this statement period \*\***

### Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |

*Thank you for banking with CIBC*

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement.<br>**If you find an error, immediately call or write us at the phone number and address on this statement.** |
| --- | --- |

### THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
| --- | --- | --- | --- |
| Check No. | Amount | Check No. | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE** $ _____
Shown on this statement

**ADD (+)**
Deposits and other credits made but
not shown on this statement  $ _____

**TOTAL** $ _____

**SUBTRACT (-)** $ _____
Total of checks outstanding

**BALANCE** $ _____

Current Checkbook Balance  $ _____

**ADD (+)** $ _____
Interest earned from this statement

**SUBTRACT (-)** $ _____
Miscellaneous charges from this
statement

**NEW CHECKBOOK BALANCE** $ _____
Should agree with **BALANCE** line

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

---

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



### GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603